UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 22-2791 (ABJ) |
| ASSA ABLOY AB, *et al.*, | ) | |
| Defendants. | ) | |

**SUPPLEMENT TO CASE MANAGEMENT ORDER**

This order supplements the Scheduling and Case Management Order [Dkt. # 46] ("CMO").

**Expert Reports and Backup Materials due March 24, 2023.**  The parties should provide one hard copy of each expert's report along with the supporting materials, as well as an electronic copy of each report that includes hyperlinks to any key documents referenced in it.  These reports will not be docketed.

**Deposition Designations due March 17, 2023.**  The parties' joint submission on deposition designations should be provided in paper and electronic format.  One copy of the deposition designations must be provided in binders, using deposition transcripts in mini-script format.  Contiguous testimony must be provided contiguously, and not broken up into individual parties' submissions, although the parties may indicate on the transcript – with annotations or brackets or boxes of different colors, but *not* colored highlighting – which portions are being submitted by which side.  Each binder should include a table of contents that lists the witnesses' names and affiliations.  The electronic copy should contain a list of deposition excerpts, hyperlinked to the material.

For disputed designations, the party seeking to admit the deposition should identify each designated portion by putting a black box around the designation (do not use colored highlighting), and the opposing party should annotate the transcript with its objections by bracketing the objected-to portions, noting the basis for the objection in the margin (FRE 403, 802, etc.), and identifying with red boxes any material needed for completeness.  In sum, the Court should be able to review a single document showing the disputed designation and the objection to the designation, and not have to review two submissions side-by-side.

Admitted excerpts will not be read in court but will be reviewed by the Court.  Deposition excerpts to which there are no objections or as to which objections have been overruled may be used as substantive evidence in lieu of live testimony in accordance with the Federal Rules of Civil

Procedure.  Any deposition excerpts admitted can be cited in each side's proposed Findings of Fact and Conclusions of Law and quoted in any final argument.

**Exhibit List and Objections due March 24, 2023.**  The Joint Submission to the Court to be docketed on March 24 must transmit each party's exhibit list.  As set forth in paragraph 19 of the CMO, the exhibit lists must identify each exhibit by exhibit number, date, either the title or an identifying description, and there must be a column on the list that indicates any exhibits to which the other side objects and the grounds for that objection (FRE 403, 802, etc.).

**Final Trial Exhibits due March 27, 2023.**  Each side must deliver one hard copy of its trial exhibits in binders, and one electronic copy of its exhibits, hyperlinked to its exhibit list.

Exhibits to which there are no objections or as to which objections have been overruled are deemed to be in evidence without need of any supporting witness.  The Court will rule on any outstanding objections to exhibits at the pretrial conference, after which the exhibits will be in evidence.  Exhibits may be shown to witnesses and cited and quoted in proposed Findings of Fact and Conclusions of Law and any closing argument.

**Post-trial findings of fact and conclusions of law due two weeks after trial concludes.**  Each side must provide the Court with one hard copy of its post-trial findings of fact and conclusions of law, and two electronic copies with hyperlinks to the cited materials (exhibits, deposition designations, trial testimony, case law, etc.).

**Binders.**  Any binders provided to the Court must follow the general requirements set forth in paragraph 19 of the CMO:  they may not be larger than three inches, and they must be labelled on both the front and the spine of the binder with the name of the submitting party and what they contain and include a list of its contents.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE:  December 9, 2022