**EXHIBIT B**

List of *Amici*

*University affiliations for identification purposes only*

Herbert Hovenkamp, James G. Dinan University Professor

University of Pennsylvania Carey Law School

Erik Hovenkamp, Associate Professor of Law

USC Gould School of Law

A. Douglas Melamed, Scholar in Residence and Former Professor of the Practice of Law

Stanford Law School

Steven C. Salop, Professor of Economics and Law (Emeritus)

Georgetown University Law Center

Jennifer E. Sturiale, Assistant Professor of Law

Delaware Law School, Widener University