IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>ASSA ABLOY AB, *et al.*,<br><br>*Defendants.* | Civil No. 1:22-cv-02791-ABJ |

**JOINT STATUS REPORT**

Pursuant to the Court's January 18, 2023 Minute Order, the Parties respectfully submit the following Joint Status Report regarding "whether, based upon the exchange of product market information, there remains a dispute as to whether the government can establish the effect of the proposed merger on competition in the relevant markets needed for its prima facie case." The Parties have not yet reached an agreement on the question posed by the Court, but they are having constructive discussions in an effort to narrow the issues.

As ordered by the Court, the United States provided Defendants with a list of products the United States' believes to be within the two alleged product markets in this matter, as well as information related to competitors products. On January 24, 2023, Defendants responded with their own list. The Parties are having constructive discussions in an effort to reach agreement on a common list but have further work to do before determining whether such an agreement can be reached.

The Parties also believe that if they are able to agree on such a list, they may be able to advise the Court promptly about whether the concentration levels in the relevant markets are

1

sufficient to satisfy the government's burden of establishing a prima facie case assuming that the divestiture is not taken into consideration.

The Parties respectfully request that they be allowed to provide the Court with a further update on February 6, 2023, or such other date as the Court may request.

Attached to this status report is the Parties' agreed-upon modifications to the CMO. To the extent the parties have any further discovery issues that require resolution, the parties will promptly apprise the Court.

| | |
|---|---|
| Dated:  January 26, 2023 | Respectfully submitted, |
| /s/ *David Dahlquist* | /s/ *Justin Bernick* |
| | Charles A. Loughlin (D.C. Bar #448219) |
| Matthew R. Huppert (DC Bar #1010997) | Justin W. Bernick (DC Bar #988245) |
| Trial Attorney | William L. Monts, III (DC Bar # 428856) |
| UNITED STATES DEPARTMENT OF JUSTICE | **HOGAN LOVELLS US LLP** |
| ANTITRUST DIVISION | 555 Thirteenth Street, NW |
| 450 Fifth Street N.W., Suite 8700 | Washington, D.C. 20004 |
| Washington, DC 20530 | (202) 637-5600 |
| (202) 476-0383 | chuck.loughlin@hoganlovells.com |
| Matthew.Huppert@usdoj.gov | justin.bernick@hoganlovells.com |
| | william.monts@hoganlovells.com |
| David E. Dahlquist | /s/ *David Gelfand* |
| Senior Litigation Counsel | Daniel P. Culley (D.C. Bar No. 988557) |
| UNITED STATES DEPARTMENT OF JUSTICE | David I. Gelfand (D.C. Bar No. 416596) |
| ANTITRUST DIVISION | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| 209 South LaSalle Street, Suite 600 | 2112 Pennsylvania Avenue, NW |
| Chicago, Illinois 60604 | Washington, DC 20037 |
| (202) 805-8563 | Telephone: (202) 974-1500 |
| David.Dahlquist@usdoj.gov | Facsimile: (202) 974-1999 |
| | dculley@cgsh.com |
| | dgelfand@cgsh.com |
| *Counsel for Plaintiff* | |
| *United States of America* | *Counsel for Defendant ASSA ABLOY AB* |
| | /s/ *Paul Spagnoletti* |
| | Paul Spagnoletti |
| | Arthur J. Burke |
| | Greg D. Andres |
| | Nikolaus J. Williams |
| | **DAVIS POLK & WARDWELL LLP** |
| | 450 Lexington Avenue |
| | New York, NY 10017 |
| | (212) 450-4000 |
| | paul.spagnoletti@davispolk.com |
| | arthur.burke@davispolk.com |
| | greg.andres@davispolk.com |
| | nikolaus.williams@davispolk.com |
| | |
| | *Counsel for Defendant* |
| | *Spectrum Brands Holdings, Inc.* |