IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>ASSA ABLOY AB, *et al.*,<br><br>*Defendants.* | Civil No. 1:22-cv-02791-ABJ |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Orders dated January 18, 2023 and January 27, 2023, the Parties respectfully submit the following further Joint Status Report regarding "whether, based upon the exchange of product market information, there remains a dispute as to whether the government can establish the effect of the proposed merger on competition in the relevant markets needed for its prima facie case."

The Parties report they are close to an agreement and will submit either a further status report or a proposed joint stipulation on or before February 20.

1

Dated:  February 6, 2023

 /s/ *David Dahlquist*

Matthew R. Huppert (DC Bar #1010997)
Trial Attorney
UNITED STATES DEPARTMENT OF
JUSTICE
ANTITRUST DIVISION
450 Fifth Street N.W., Suite 8700
Washington, DC 20530
(202) 476-0383
Matthew.Huppert@usdoj.gov

David E. Dahlquist
Senior Litigation Counsel
UNITED STATES DEPARTMENT OF
JUSTICE
ANTITRUST DIVISION
209 South LaSalle Street, Suite 600
Chicago, Illinois 60604
(202) 805-8563
David.Dahlquist@usdoj.gov

*Counsel for Plaintiff*
*United States of America*

Respectfully submitted,

 /s/ *Justin Bernick*
Charles A. Loughlin (D.C. Bar #448219)
Justin W. Bernick (DC Bar #988245)
William L. Monts, III (DC Bar # 428856)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
chuck.loughlin@hoganlovells.com
justin.bernick@hoganlovells.com
william.monts@hoganlovells.com

 /s/ *David Gelfand*
Daniel P. Culley (D.C. Bar No. 988557)
David I. Gelfand (D.C. Bar No. 416596)
**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
dculley@cgsh.com
dgelfand@cgsh.com

*Counsel for Defendant ASSA ABLOY AB*

 /s/ *Paul Spagnoletti*
Paul Spagnoletti
Arthur J. Burke
Greg D. Andres
Nikolaus J. Williams
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
paul.spagnoletti@davispolk.com
arthur.burke@davispolk.com
greg.andres@davispolk.com
nikolaus.williams@davispolk.com

*Counsel for Defendant*
*Spectrum Brands Holdings, Inc.*