# ATTACHMENT A

*United States v. Assa Abloy, et. al.* 1:22-cv-02791 (ABJ)
Revised CMO Schedule
February 20, 2023

| Event | Proposed Date |
|---|---|
| **Fact Discovery Schedule** | |
| Fact discovery begins | October 14, 2022 |
| Answers to Complaint due | October 14, 2022 |
| Parties produce Investigation Materials | October 17, 2022 |
| Parties exchange preliminary trial witness lists (excluding experts) | November 15, 2022 |
| Deadline for Production of Remedy Information in Paragraph 24 | December 1, 2022 |
| Close of ~~fact~~ non-divestiture discovery (except for all previously noticed fact depositions) | February 10, 2023 |
| Parties exchange ~~final~~ revised trial witness lists (including experts) | February ~~10~~17, 2023 |
| Close of ~~supplemental~~ divestiture related fact discovery | March 10, 2023 |
| Deadline for Parties to serve final witness lists (addition of new witnesses limited to persons previously deposed) | March 10, 2023 |
| **Expect Discovery Schedule** | |
| Plaintiff to serve any initial expert reports | February 10, 2023 (backup materials 2 business days later) |
| Defendants to serve any rebuttal reports | March 3, 2023 (backup materials 2 business days later) |
| Plaintiff to serve any reply reports | March 24, 2023 (backup materials included 2 days later) |
| Copies of expert reports and backup materials exchanged between the parties delivered to Court | March 27~~24~~, 2023 |

*United States v. Assa Abloy*, *et. al.* 1:22-cv-02791 (ABJ)
Revised CMO Schedule
February 20, 2023

| Event | Proposed Date |
|---|---|
| Expert Depositions | Before April 7, 2023 |
| **Pre-Trial Schedule** | |
| Parties exchange ~~exhibit lists and~~ opening deposition designations (for any fact depositions taken after February 24, exchange of designations due 7 days after receipt of final transcript) | ~~February 17~~March 3, 2023 |
| Parties to exchange exhibit lists | March 6, 2023 |
| Each Party informs each non-Party of all documents produced by that non-Party that are on the Party's exhibit list and all depositions of that non-Party that have been designated by the Party pursuant to paragraph 37 of the Protective Order | ~~February 24~~March 8, 2023 |
| Exchange of ~~objections to exhibit list,~~ objections to deposition designations~~,~~ and/or counters to deposition designations | March ~~3~~10, 2023 |
| Non-parties provide notice of any objections to the potential public disclosure at trial of any non-Party documents and depositions, including the basis for any such objections, and propose redactions where possible | March ~~9~~14, 2023 |
| Each side exchanges its objections to the other side's exhibit list and deposition counter-designations | March ~~9~~14, 2023 |
| Pre-trial briefs to be filed | ~~March 10~~January 18, 2023 |
| Parties meet and confer regarding disputes about trial exhibits and depositions designations, including confidentiality of any Party and non-Party documents or depositions | ~~Week of~~ March ~~13~~15-17, 2023 |
| Deadline for filing motions *in limine* and motions pursuant to *Daubert* or Fed. R. Evid. 703 | March 17, 2023 |
| Joint Party Submission to Court regarding deposition designations | March ~~17~~20, 2023 @ 12 noon ET |

*United States v. Assa Abloy*, *et. al.* 1:22-cv-02791 (ABJ)
Revised CMO Schedule
February 20, 2023

| Event | Proposed Date |
|---|---|
| Joint Party Submission to Court of exhibit lists and opposing parties' objections and the grounds therefor | March ~~24~~20, 2023 @ 12 noon ET |
| Parties submit final trial exhibits to Court | March 27, 2023 |
| Responses to any motions *in limine* and motions pursuant to *Daubert* or Fed. R. Evid. 703 | March 31, 2023 |
| Final pre-trial conference | April 11, 2023 |
| Trial begins | April 17, 2023 |
| Post-trial briefs and proposed findings of fact and conclusions of law to be filed | 2 weeks after trial concludes |