UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-2791 (ABJ) |
| ) | |
| ASSA ABLOY AB, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### REVISED CASE SCHEDULE AND ORDER ON EXHIBITS

Pursuant to the parties' joint status reports [Dkt. ## 82, 89], the following upcoming deadlines in the Case Management Order [Dkt. # 46] are revised as follows.  Revisions are indicated with bold text.[1]

| Event | Date |
|---|---|
| **Fact Discovery Schedule** | |
| Close of **non-divestiture** fact discovery **(except for all previously noticed fact depositions)** | February 10, 2023 |
| Parties exchange **revised** trial witness lists (including experts) | **February 17, 2023** |
| Close of **divestiture-related** fact discovery. | March 10, 2023 |
| **Deadline for Parties to serve final witness lists (addition of new witnesses limited to persons previously deposed)** | **March 10, 2023** |

---

1   This schedule excludes some previously expired deadlines.

| Event | Date |
|---|---|
| **Defendants must produce divestiture-related records from the files of the nine ASSA ABLOY employees from February 10, 2023 through and including March 3, 2023, and must be produced by March 14, 2023.**[2] | **March 14, 2023** |
| **Expect Discovery Schedule** | |
| Plaintiff to serve any initial expert reports | February 10, 2023 (backup materials 2 business days later) |
| Defendants to serve any rebuttal reports | March 3, 2023 (backup materials 2 business days later) |
| Plaintiff to serve any reply reports | March 24, 2023 (backup materials included **2 days later**) |
| Copies of expert reports and backup materials exchanged between the parties delivered to Court (in a format to be directed by the Court to include hyperlinks) | **March 27, 2023** |
| Expert Depositions | Before April 7, 2023 |
| **Pre-Trial Schedule** | |
| **Parties exchange opening deposition designations (for any fact depositions taken after February 24, exchange of designations due 7 days after receipt of final transcript)** | **March 3, 2023** |
| **Parties to exchange exhibit lists** | **March 6, 2023** |
| Each Party informs each non-Party of all documents produced by that non-Party that are on the Party's exhibit list and all depositions of that non-Party that have been designated by the Party pursuant to paragraph 37 of the Protective Order | **March 8, 2023** |
| **Exchange of objections to deposition designations and/or counters to deposition designations** | **March 10, 2023** |

---

2   This event reflects the ruling on the discovery dispute presented to the Court on February 24, 2023.  *See* Minute Order of February 24, 2023.

2

| Event | Date |
|---|---|
| Non-parties provide notice of any objections to the potential public disclosure at trial of any non-Party documents and depositions, including the basis for any such objections, and propose redactions where possible | **March 14, 2023** |
| Each side exchanges its objections to the other side's **exhibit list and** deposition counter-designations | **March 14, 2023** |
| Parties meet and confer regarding disputes about trial exhibits and depositions designations, including confidentiality of any Party and non-Party documents or depositions<br><br>**The government must inform the defendants of any intention to introduce any of the newly produced documents as additional exhibits at trial during the meet and confer scheduled for March 15-17, 2023.**[3] | **March 15–17, 2023** |
| Deadline for filing motions *in limine* and motions pursuant to *Daubert* or Fed. R. Evid. 703 | March 17, 2023 |
| Joint Party Submission to Court regarding deposition designations | **March 20, 2023 by 12:00 noon ET (date will not be extended)** |
| Joint Party Submission to Court of exhibit lists and opposing parties' objections and the grounds therefor | **March 20, 2023 by 12:00 noon ET (date will not be extended)** |
| Parties submit final trial exhibits to Court | March 27, 2023 |
| Responses to any motions *in limine* and motions pursuant to *Daubert* or Fed. R. Evid. 703 | March 31, 2023 |
| Final pre-trial conference | April 11, 2023 |
| Trial begins | April 17, 2023 |

---

3   *See* Minute Order of February 24, 2023.

4

| Event | Date |
|---|---|
| Post-trial briefs and proposed findings of fact and conclusions of law to be filed (in a format to be directed by the Court to include hyperlinks) | 2 weeks after trial concludes |

SO ORDERED.

*Amy B. Jackson*

AMY BERMAN JACKSON
United States District Judge

DATE:  February 24, 2023

4