IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>    v.<br><br>ASSA ABLOY AB, *et al.*,<br><br>    *Defendants.* | Civil No. 1:22-cv-02791-ABJ |

**STIPULATION**

WHEREAS, Defendant ASSA ABLOY AB has agreed to acquire certain assets from Defendant Spectrum Brands Holdings, Inc. (the "Transaction") and ASSA ABLOY has agreed to divest certain assets to Fortune Brands Home & Security, Inc. (the "Divestiture"); and

WHEREAS, Plaintiff and Defendants have reached an agreement that the products currently sold by Defendants in the relevant markets include no products other than those products on an agreed-upon list, although Defendants dispute that certain products on the agreed-upon list are in the relevant markets.

THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. For the purposes of this case only, and conditioned upon the above agreement, Defendants do not contest that Plaintiff could establish a *prima facie* case for the relevant markets for (1) residential smart locks and (2) residential premium mechanical door hardware, if the market concentration calculations were limited to the Transaction and did not account for the Divestiture.

2. Defendants reserve the right to argue that: (a) any market concentration calculation should account for the Divestiture in evaluating Plaintiff's *prima facie* case; and (b) certain products on the agreed-upon list are not in the relevant markets. This Stipulation does not limit

1

the United States from presenting evidence at trial about the nature and intensity of existing competition in the relevant markets.

**IT IS SO STIPULATED.**

Dated: February 20, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ *David Dahlquist* | /s/ *Justin Bernick* |
| David E. Dahlquist | Justin W. Bernick (DC Bar #988245) |
| *Senior Litigation Counsel* | Charles A. Loughlin (D.C. Bar #448219) |
| UNITED STATES DEPARTMENT OF JUSTICE | William L. Monts, III (DC Bar # 428856) |
| ANTITRUST DIVISION | **HOGAN LOVELLS US LLP** |
| 209 South LaSalle Street, Suite 600 | 555 Thirteenth Street, NW |
| Chicago, Illinois 60604 | Washington, D.C. 20004 |
| David.Dahlquist@usdoj.gov | (202) 637-5600 |
| | justin.bernick@hoganlovells.com |
| Matthew R. Huppert | |
| Alexander D. Andresian | /s/ *David Gelfand* |
| James R. Duncan, III | David I. Gelfand (D.C. Bar No. 416596) |
| Matthew C. Fellows | Daniel P. Culley (D.C. Bar No. 988557) |
| Kerrie J. Freeborn | **CLEARY GOTTLIEB STEEN &** |
| Elizabeth A Gudis | **HAMILTON LLP** |
| Jennifer P. Roualet | 2112 Pennsylvania Avenue, NW |
| *Trial Attorneys* | Washington, DC 20037 |
| | Telephone: (202) 974-1500 |
| Marissa Doran | Facsimile: (202) 974-1999 |
| Erin Murdock-Park | dgelfand@cgsh.com |
| *Senior Litigation Counsel* | |
| | *Counsel for Defendant ASSA ABLOY AB* |
| UNITED STATES DEPARTMENT OF JUSTICE | |
| ANTITRUST DIVISION | /s/ *Paul Spagnoletti* |
| 450 Fifth Street N.W., Suite 8700 | Paul Spagnoletti |
| Washington, DC 20530 | Greg D. Andres |
| (202) 476-0383 | Nikolaus J. Williams |
| Matthew.Huppert@usdoj.gov | **DAVIS POLK & WARDWELL LLP** |
| | 450 Lexington Avenue |
| *Counsel for Plaintiff* | New York, NY 10017 |
| *United States of America* | (212) 450-4000 |
| | paul.spagnoletti@davispolk.com |
| | |
| | *Counsel for Defendant* |
| | *Spectrum Brands Holdings, Inc.* |