Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        Plaintiff

vs.

ASSA ABLOY AB et al

        Defendant

Civil No.  22-2791 (ACR)

Category  A

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __3/7/2023__ from __Judge Amy Berman Jackson__ to __Judge Ana C. Reyes__ by direction of the Calendar Committee.

(Case Transferred by Consent)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case Management Committee

cc:  Judge Amy Berman Jackson  & Courtroom Deputy
Judge Ana C. Reyes  & Courtroom Deputy
Liaison, Calendar and Case Management Committee