# EXHIBIT 1

| | |
|---|---|
| **From:** | Huppert, Matthew (ATR) |
| **To:** | Battaglia, Lauren E.; Breed, Logan M.; Shelanski, Howard |
| **Cc:** | Valentine, Rebecca (ATR) |
| **Subject:** | RE: ASSA ABLOY AB/Spectrum Brands |
| **Date:** | Friday, July 1, 2022 11:22:25 AM |

**[EXTERNAL]**
Counsel,

As discussed with you earlier today, the Antitrust Division hereby provides notice of termination of the Settlement Period.  Under the terms set forth below, the Settlement Period will end on July 8, 2022.

Sincerely,

Matt

---

**Matthew R. Huppert** (he/him)
**U.S. Department of Justice | Antitrust Division**
450 Fifth Street, NW, Suite 8700
Washington, DC 20001
(202) 476-0383 (cell)

---

**From:** Battaglia, Lauren E. <lauren.battaglia@hoganlovells.com>
**Sent:** Friday, May 13, 2022 4:32 PM
**To:** Huppert, Matthew (ATR) <Matthew.Huppert@usdoj.gov>; Valentine, Rebecca (ATR) <Rebecca.Valentine@usdoj.gov>
**Cc:** Breed, Logan M. <logan.breed@hoganlovells.com>; Shelanski, Howard <howard.shelanski@davispolk.com>
**Subject:** [EXTERNAL] ASSA ABLOY AB/Spectrum Brands


Matt and Becky,

ASSA ABLOY AB ("ASSA ABLOY") and Spectrum Brands Holdings, Inc. ("Spectrum," and, collectively with ASSA ABLOY, the "Parties") agree to the following:

1. A period of settlement discussions between the Division and the Parties (the "Settlement Period") shall begin on May 17, 2022, and shall continue until at least May 31, 2022.

2. During the Settlement Period, all of the deadlines established in the letter agreement between the Division and the Parties dated February 16, 2022 (the "February Agreement") shall be tolled.

3. ASSA ABLOY, Spectrum, or the Division may terminate the Settlement Period by providing seven (7) calendar days' written notice to the other parties.  Such notice of termination may not be given prior to May 24, 2022.  The Settlement Period shall continue until seven (7)

calendar days after a party provides written notice of termination as provided herein.

4. If a termination notice is provided pursuant to paragraph 3, all dates in the February Agreement shall be extended day-for-day for the length of time having transpired between May 17, 2022 and the date the Settlement Period terminates.  Notwithstanding the foregoing, the deadline in Section III.A of the February Agreement for the Division to (1) provide a tentative list of Party executives or employees to be deposed, and (2) tentatively identify in writing the topic(s) that the Division proposes to cover in any 30(b)(6)-style deposition, shall be extended until seven (7) calendar days after the Settlement Period terminates.

Lauren

**Lauren Battaglia**
Partner

**Hogan Lovells US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

| | |
|---|---|
| **Tel:** | +1 202 637 5600 |
| **Direct:** | +1 202 637 5761 |
| **Mobile:** | +1 517 281 9083 |
| **Fax:** | +1 202 637 5910 |
| **Email:** | lauren.battaglia@hoganlovells.com |
| | www.hoganlovells.com |

*Please consider the environment before printing this e-mail.*

If you would like to know more about how we are managing the impact of the COVID-19 pandemic on our firm then take a look at our brief Q&A. If you would like to know more about how to handle the COVID-19 issues facing your business then take a look at our information hub.

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.