IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>ASSA ABLOY AB, *et al.*,<br><br>*Defendants.* | Civil No. 1:22-cv-02791-ACR |

### REVISED CASE MANAGEMENT SCHEDULE

The Court has Ordered the below changes to the Case Management Schedule [Dkt. # 91].

| Event | Proposed Date |
|---|---|
| **Expect Discovery Schedule** | |
| Defendants to serve any sur-reply reports to Plaintiff and the Court | April 14, 2023<br>(backup materials provided 1 day later) |
| Expert Depositions | Before April 21, 2023 |
| **Pre-Trial Schedule** | |
| Parties may submit briefs limited to 6 pages addressing evidentiary issues to be discussed at the final pre-trial conference as well as supplemental responses to the Court's questions presented during the March 29, 2023 argument on pre-trial briefs | April 7, 2023 |
| Final pre-trial conference | April 11, 2023 |
| Parties to submit any pre-trial stipulated facts | April 14, 2023 |
| Trial begins | April 24, 2023 |

| Event | Proposed Date |
|---|---|
| Parties to submit joint stipulation of proposed findings of fact and conclusions of law, Parties submit separate proposed findings of fact and conclusions of law | 2 weeks after trial concludes |