# Attachment B

| | |
|---|---|
| **From:** | Huppert, Matthew (ATR) |
| **To:** | Breed, Logan M.; Battaglia, Lauren E. |
| **Cc:** | Shelanski, Howard; Valentine, Rebecca (ATR); Moskowitz, Gabriella (ATR) |
| **Subject:** | Global Smart Residential |
| **Date:** | Friday, June 24, 2022 6:20:00 PM |
| **Importance:** | High |

Logan and Lauren,

In evaluating the parties' remedy proposal in light of our discussions, we have identified some documents produced by ASSA ABLOY that appear to be inconsistent with representations you've made to us about the standalone nature of ASSA ABLOY's U.S./Canada Smart Residential business. Illustrative examples include the documents produced at Bates numbers AA-DOJ2R-003991135, AA-DOJ2R-003990279, AA-DOJ2R-000624848, and AA-DOJ2R-000624849. Some of these documents are large (over 50MB), but I can attempt to send them to you if that would be helpful. These documents appear to show that there is a "Global Smart Residential" organization within ASSA ABLOY that shares resources and assets globally, including but not limited to research and development and operations resources used to develop, manufacture, and sell connected digital locks.

We would like to have a call with you as early in the business day on Monday as possible to discuss ASSA ABLOY's Global Smart Residential organization and how it relates to the parties' current remedy proposal. Please let us know at your earliest convenience your availability for a call on Monday morning. We are available that morning starting at 9 am.

Thanks,

Matt

---

**Matthew R. Huppert** (he/him)
**U.S. DEPARTMENT OF JUSTICE | ANTITRUST DIVISION**
450 FIFTH STREET, NW, SUITE 8700
WASHINGTON, DC 20001
(202) 476-0383 (CELL)