# EXHIBIT 1

**From:** Sega, Eric Richard
**Sent:** Thursday, March 2, 2023 8:59 AM
**To:** Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Huppert, Matthew (ATR) <Matthew.Huppert@usdoj.gov>
**Cc:** Bernick, Justin W. <justin.bernick@hoganlovells.com>; Loughlin, Chuck <chuck.loughlin@hoganlovells.com>; Monts, William L., III <william.monts@hoganlovells.com>; Kurian Shaw, Anna <anna.shaw@hoganlovells.com>; Cury, Lauren B. <lauren.cury@hoganlovells.com>; Spagnoletti, Paul <paul.spagnoletti@davispolk.com>; Williams, Nikolaus <nikolaus.williams@davispolk.com>; Andres, Greg D. <greg.andres@davispolk.com>; Gelfand, David I. <dgelfand@cgsh.com>; Culley, Daniel P. <dculley@cgsh.com>; Lazarus, Gabriel <glazarus@cgsh.com>; Gendall, Mike <mike.gendall@hoganlovells.com>
**Subject:** United States v. ASSA ABLOY AB, et al., 1:22-cv-2791 (DDC)

Hi all,

Please find attached a declaration from Latch.

Sincerely,

Eric

**Eric Sega**
Senior Associate

**Hogan Lovells US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
Tel:     +1 202 637 5600
Direct:  +1 202 637 4641
Fax:     +1 202 637 5910

Cell:    +1 202 993 0311
Email:   eric.sega@hoganlovells.com
         www.hoganlovells.com