# EXHIBIT 2

| | |
|---|---|
| **From:** | Balmori, Daniel |
| **To:** | Huppert, Matthew (ATR); Dahlquist, David (ATR); Gudis, Elizabeth (ATR); Gabriella.Moskowitz@usdoj.gov |
| **Cc:** | Loughlin, Chuck; Bernick, Justin W.; Short, Josh; Fleysh, Olga; Monts, William L., III |
| **Subject:** | FW: Supplemental Declaration |
| **Date:** | Friday, February 17, 2023 12:39:50 PM |
| **Attachments:** | Supplemental Declaration of Taylor Wei (Executed Feb 2023).pdf |

Counsel, For your information and records.

**Daniel Balmori**
Counsel

**Hogan Lovells US LLP**
600 Brickell Avenue
Suite 2700
Miami, FL 33131

| | |
|---|---|
| Tel: | +1 305 459 6500 |
| Direct: | +1 305 459 6653 |
| Fax: | +1 305 459 6550 |
| Email: | daniel.balmori@hoganlovells.com |
| | www.hoganlovells.com |

Please consider the environment before printing this e-mail.

**From:** mvella@cbcounselor.com <mvella@cbcounselor.com>
**Sent:** Friday, February 17, 2023 12:28 PM
**To:** Balmori, Daniel <daniel.balmori@hoganlovells.com>
**Subject:** Supplemental Declaration

**[EXTERNAL]**

Dear Mr. Balmori,

Please see the attached Declaration of Taylor Wei.

Regards,

Mike Vella


Michael Vella
Managing Partner
Cross-Border Counselor LLP
12555 High Bluff Drive, Suite 190
San Diego, CA 92130

Email: mvella@cbcounselor.com
Tel.    +1-858-338-3383