# EXHIBIT 3

**From:** Gendall, Mike
**Sent:** Thursday, January 19, 2023 4:43 PM
**To:** 'Dahlquist, David (ATR)' <David.Dahlquist@usdoj.gov>; 'Huppert, Matthew (ATR)' <Matthew.Huppert@usdoj.gov>
**Cc:** Bernick, Justin W. <justin.bernick@hoganlovells.com>; Loughlin, Chuck <chuck.loughlin@hoganlovells.com>; Monts, William L., III <william.monts@hoganlovells.com>; Kurian Shaw, Anna <anna.shaw@hoganlovells.com>; Cury, Lauren B. <lauren.cury@hoganlovells.com>; Sega, Eric Richard <eric.sega@hoganlovells.com>; 'Spagnoletti, Paul' <paul.spagnoletti@davispolk.com>; 'Williams, Nikolaus' <nikolaus.williams@davispolk.com>; 'Andres, Greg D.' <greg.andres@davispolk.com>; 'Gelfand, David I.' <dgelfand@cgsh.com>; 'Culley, Daniel P.' <dculley@cgsh.com>; 'Lazarus, Gabriel' <glazarus@cgsh.com>
**Subject:** United States v. ASSA ABLOY AB, et al., 1:22-cv-2791 (DDC)

Counsel:

Please find attached written communications with Jake England, the CEO of non-party Direct Door Hardware, LLC, including a supplemental declaration executed by Mr. England.  Although Defendants do not believe they are obligated to provide these materials, whether under Paragraph 14 of the CMO or otherwise, we are nonetheless providing them out of an abundance of caution.

Thanks,
Mike


**Mike Gendall**
Senior Associate

**Hogan Lovells US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

Tel:     +1 202 637 5600
Direct:  +1 202 637 6458
Fax:     +1 202 637 5910
Email:   mike.gendall@hoganlovells.com
         www.hoganlovells.com

*Please consider the environment before printing this e-mail.*