UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      *Plaintiff*,<br><br>          v.<br><br>ASSA ABLOY AB, *et al.*,<br><br>                      *Defendants*. | Civil Case No. 22-2791-ACR |

## JOINT STIPULATIONS OF FACT

The parties to this action stipulate to the following facts:

**DEFENDANTS AND THE PROPOSED TRANSACTION**

1. ASSA ABLOY AB ("ASSA ABLOY") is a publicly traded Swedish stock company headquartered in Stockholm, Sweden. It is a multinational company that manufactures and sells a wide array of products—including commercial door hardware, doors, and electronic access control systems.

2. ASSA ABLOY sells residential door hardware in the United States through the EMTEK, Yale, Sure-Loc, August, and Valli & Valli brands. In 2021, ASSA ABLOY earned revenues of approximately $4.3 billion in the United States and approximately $11.1 billion worldwide.

3. ASSA ABLOY was established in 1994 through the merger of Swedish lock maker ASSA AB and Finnish lock maker Abloy Oy. ASSA ABLOY has acquired companies since its establishment, including EMTEK in 1999, Yale in 2000, South Korean smart-lock manufacturer iRevo in 2007, Valli & Valli in 2008, Chinese smart-lock manufacturer Digi in 2014, August in 2017, and Sure-Loc in 2021.

4.	Spectrum Brands Holdings, Inc. ("Spectrum") is a publicly-traded Delaware corporation headquartered in Middleton, Wisconsin.  It is a diversified, global branded consumer products company with four divisions: (1) Home and Personal Care, (2) Global Pet Care, (3) Home and Garden, and (4) Hardware and Home Improvement.  In 2021, Spectrum earned revenues of approximately $3.2 billion in the United States and approximately $4.6 billion worldwide.

5.	Spectrum's Hardware and Home Improvement division ("Spectrum HHI") is headquartered in Lake Forest, California.  Spectrum HHI manufactures and sells residential door hardware in the United States under the Baldwin Estate, Baldwin Reserve, Baldwin Prestige, and Kwikset brands. It also sells commercial door hardware, residential plumbing hardware, and builders' hardware.

6.	The Black & Decker Corporation (renamed Stanley Black & Decker, Inc. in 2010) acquired Kwikset in 1989, Baldwin and Weiser (a Canadian residential door hardware company) in 2003, and Taiwanese door-lock manufacturer Tong Lung Metal in 2012, before selling all four companies to Spectrum in 2012 and 2013.

7.	Fortune Brands Innovations, Inc. ("Fortune Brands Innovations") is a publicly-traded Delaware corporation headquartered in Deerfield, Illinois.  On December 14, 2022, Fortune Brands Home & Security, Inc. completed a spin-off of its cabinet business, MasterBrand, Inc. and separated into two independent companies. Fortune Brands Home & Security, Inc. then changed its name to Fortune Brands Innovations. Fortune Brands Innovations has three business segments: Water Innovations (previously referred to as Plumbing), Outdoors, and Security.

8.	Fortune Brands Home & Security, Inc. acquired WoodCrafters in 2013, SentrySafe and Anaheim Manufacturing Company (AMC) in 2014, Norcraft Companies in 2015, Riobel,

2

Rohl, and Perrin & Rowe in 2016, Shaws and Victoria + Albert in 2017, Fiberon in 2018, Larson and Flo Technologies in 2020, and Solar Innovations and Aqualisa in 2022.

9. The relevant geographic market is no broader than the United States.

**THE RESIDENTIAL DOOR HARDWARE INDUSTRY IN THE UNITED STATES**

10. Door hardware is sold in the United States through several different channels.

11. ASSA ABLOY and Spectrum HHI distribute a majority of their residential door hardware to retailers and resellers directly or through wholesale distributors. ASSA ABLOY and Spectrum HHI sell a small percentage of their residential door hardware directly to end-users in the United States and Canada.

12. Purchasers of residential door hardware include homeowners, who may purchase a single lock set, and landlords, general contractors, and residential builders, who may purchase hundreds or thousands of different pieces of door hardware in a variety of styles and functions to outfit every type of door in a residential development.

13. Door hardware is also sold through e-commerce.

14. Door hardware used on residences differs in many ways from door hardware used in commercial settings.

15. Door hardware used in residences is generally less complex, less costly, and less durable than commercial door hardware.

16. The time period to fulfill an order for door hardware is one component of competition among residential door hardware providers.

**RESIDENTIAL SMART LOCKS**

17. Certain digital door locks are referred to as "smart locks." The term smart lock sometimes can refer to locks that can be operated, monitored, or both through a wireless connection to another electronic device.

18. The term "non-connected locks" can refer to door locks that have no electronic connection to another device and are operated via a device, such as a keypad, physically connected to the lock itself.

19. Some digital door locks are sold as a lock set that includes mechanical trim, such as a knob or lever.

20. Smart locks generally use wireless connections to allow users to lock and unlock a door without using a key or physically operating door hardware. That wireless connection may also allow users to operate and monitor the smart lock remotely and integrate the lock into a broader home security or "smart home" ecosystem, such as Amazon Alexa, Apple HomeKit, or Google Home.

21. Smart locks offer technological functionality that mechanical door hardware cannot offer: the ability to lock and unlock a door without a physical key, the ability to monitor and operate a lock remotely, and the ability to integrate a lock into a smart home ecosystem or home security system.

22. Consumer demand is increasing for connected digital door lock technology.

23. Smart locks are sold through several different channels, including mass-market retail stores, big box home improvement stores, e-commerce websites, consumer electronics stores, and specialized dealers.

24. Yale and August residential smart locks are primarily sold through business-to-business, e-Commerce, retail and security channels.

25. Spectrum HHI seeks to provide to consumers innovative residential electronic locks through certain of its products sold under the Kwikset brand.

26. Some Yale and August residential door locks can wirelessly connect to another device through Wi-Fi, Bluetooth, ZWave, and zigbee protocols.

27. Some Kwikset residential door locks can wirelessly connect to another device through Wi-Fi, Bluetooth, Zwave, and zigbee protocols.

28. Some Yale and August residential door locks are compatible with certain home control or home automation providers.

29. Some Kwikset residential door locks are compatible with certain home control or home automation providers.

30. ASSA ABLOY does not compete against Fortune Brands Innovations in the alleged market for residential smart locks.

31. Spectrum HHI does not compete against Fortune Brands Innovations in the alleged market for residential smart locks.

**RESIDENTIAL PREMIUM MECHANICAL DOOR HARDWARE**

32. The alleged market of residential premium mechanical door hardware is comprised of door hardware made of high-quality, durable metals and is highly customizable, design-driven, and constructed with superior craftsmanship, and such hardware is offered in a variety of styles, designs, and finishes.

33. Spectrum HHI offers a lineup of locks and lock sets needed to fully outfit a home.

34. EMTEK offers locksets, latchsets, and other door hardware designed for residential exterior doors as well as residential interior doors, both hinged and sliding.

35. ASSA ABLOY and Spectrum HHI sometimes use, among other things, high price points, premium product features, distribution through specialized retailers, and marketing to distinguish EMTEK, Baldwin Reserve, and Baldwin Estate from their other, non-premium mechanical door hardware brands, such as Kwikset, Yale, and Sure-Loc.

36. The EMTEK brand has a track record of outstanding customer service and product quality. The EMTEK brand sells through decorative hardware showrooms, door & window shops, lumberyards, and e-commerce channels. The EMTEK brand typically appeals to affluent homeowners who value luxury, quality and style. EMTEK brand products are crafted with the highest quality standards and are highly customizable with a broad range of function, finishes and style.

37. Intermediaries, such as interior designers, may be involved in selecting and ordering residential premium mechanical door hardware.

38. Entry level and medium-grade residential door hardware is primarily sold in mass-market retail stores, such as "big box" home improvement stores and hardware stores, and through e-commerce websites.

39. Residential premium mechanical door hardware, by contrast, is sold primarily through specialized dealers, such as decorative hardware showrooms, door and window shops, and building-supply retailers known as "lumberyards."

40. The percentage of 2021 EMTEK sales revenue by channel was 36% Showrooms, 22% Door & Window Shops, 15% Lumberyards, 13% e-Commerce, 11% Hardware Distributors, and 3% Locksmiths.

41. ASSA ABLOY does not compete against Fortune Brands Innovations in the alleged market for residential premium mechanical door hardware.

42. Spectrum HHI does not compete against Fortune Brands Innovations in the alleged market for residential premium mechanical door hardware.

Dated: April 14, 2023

Respectfully submitted,

| /s/ *David Dahlquist* | /s/ *Justin Bernick* |
|---|---|

David E. Dahlquist
Senior Trial Counsel
UNITED STATES DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
209 South LaSalle Street, Suite 600
Chicago, Illinois 60604
Email: David.Dahlquist@usdoj.gov

Matthew R. Huppert (DC Bar #1010997)
Alexander D. Andresian (DC Bar #1602464)
Aaron Comenetz (DC Bar #479572)
James R. Duncan, III (DC Bar #1045079)
Matthew Fellows (DC Bar #1736656)
Kerrie J. Freeborn (DC Bar #503143)
Jenigh J. Garrett
Elizabeth A. Gudis
Miranda Isaacs (DC Bar #1780815)
Gabriella Moskowitz (DC Bar #1044309)
Jennifer P. Roualet (DC Bar #241948)
Alice A. Wang (DC Bar #198745)
*Trial Attorneys*

Marissa Doran
Erin Murdock-Park (DC Bar #1019993)
*Senior Litigation Counsel*

UNITED STATES DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 Fifth Street N.W., Suite 8700
Washington, DC 20530
Telephone: (202) 476-0383
Email: Matthew.Huppert@usdoj.gov

*Counsel for Plaintiff*
*United States of America*

Charles A. Loughlin (D.C. Bar #448219)
Justin W. Bernick (DC Bar #988245)
William L. Monts, III (DC Bar # 428856)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
justin.bernick@hoganlovells.com

/s/ *David Gelfand*

Daniel P. Culley (D.C. Bar No. 988557)
David I. Gelfand (D.C. Bar No. 416596)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
dgelfand@cgsh.com

*Counsel for Defendant ASSA ABLOY AB*

/s/ *Paul Spagnoletti*

Paul Spagnoletti
Arthur J. Burke
Greg D. Andres
Nikolaus J. Williams
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
paul.spagnoletti@davispolk.com

*Counsel for Defendant*
*Spectrum Brands Holdings, Inc.*