# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                              *Plaintiff,*<br><br>   v.<br><br>ASSA ABLOY AB<br><br>and<br><br>SPECTRUM BRANDS HOLDINGS, INC.<br><br>                              *Defendants.* | CASE NO.: 1:22-cv-02791-ACR |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to 83.2(c) of the Local Rules of the United States District Court for the District of Columbia, NON-PARTY THE HOME DEPOT, INC., by and through its undersigned counsel, Scott A. Sher, a member of the Bar of this Court, respectfully moves that Matthew Macdonald be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1. Mr. Macdonald is a lawyer at Wilson Sonsini Goodrich & Rosati, 633 West Fifth Street, Suite 1550, Los Angeles, CA 90071; telephone (323) 210-2900.

2. As set forth in the Declaration of Mr. Macdonald accompanying this motion, Mr. Macdonald is a member of good standing of the bar of California. He has not been disciplined by any other bar.

-2-

      3.      Mr. Macdonald has not been admitted *pro hac vice* in this Court in the past two years.

WHEREFORE, NON-PARTY THE HOME DEPOT, INC., by and through its undersigned counsel, moves that this Court enter an Order permitting Matthew Macdonald to appear *pro hac vice* in the above-captioned matter.

Dated: April 18, 2023

By: _____
Scott A. Sher (D.C. Bar No. 490614)
1700 K Street, NW
Washington, DC 20006
(202) 973-8800
ssher@wsgr.com

*Counsel for Non-Party The Home Depot, Inc.*