UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    *Plaintiff,*

v.

ASSA ABLOY AB

and

SPECTRUM BRANDS HOLDINGS, INC.

    *Defendants.*

CASE NO.: 1:22-cv-02791-ACR

## **DECLARATION OF MATTHEW MACDONALD**

I, Matthew Macdonald, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

2. I am a lawyer at Wilson Sonsini Goodrich & Rosati, 633 West Fifth Street, Suite 1550, Los Angeles, CA 90071; telephone (323) 210-2900.

3. I have been admitted to and am a member in good standing of the bar of California.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court in the past two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 18, 2023

                                                      Matthew Macdonald