

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### MATTHEW ALEXANDER MACDONALD

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that MATTHEW ALEXANDER MACDONALD, # 255269, was on the 27th day of February, 2008, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 5th day of April 2023.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
Biying Jia, Assistant Deputy Clerk