**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>        v.<br><br>ASSA ABLOY AB, *et al.*,<br><br>        *Defendants*. | Civil Case No. 22-2791-ACR |

[PROPOSED] ORDER

        **AND NOW**, this _____ day of April 2023, upon consideration of the attached

Stipulation, it is hereby **ORDERED** that the Stipulation is **APPROVED.**

        **IT IS SO ORDERED**

                                                                        BY THE COURT:


                                                                        _____
                                                                        Honorable Judge Ana C. Reyes
                                                                        United States District Judge

1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

　　　　　　　　　　*Plaintiff*,

　　　　v.

ASSA ABLOY AB, *et al.*,

　　　　　　　　　　*Defendants*.

Civil Case No. 22-2791-ACR

**STIPULATION**

WHEREAS, Defendant ASSA ABLOY AB has agreed to acquire certain assets from Defendant Spectrum Brands Holdings, Inc., and ASSA ABLOY has agreed to divest certain assets to Fortune Brands Innovations, Inc.; and

WHEREAS, in the interest of streamlining trial, the parties have agreed that the Court may treat certain products as being in or out of the relevant markets at issue without resolving factual disputes relating to these products.  This agreement is intended to supplement the stipulation entered by the Court on February 27, 2023 (Dkt. 92).

THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1.　For the purposes of this case only, Defendants do not contest that residential products sold by Valli & Valli in the United States may be treated as falling within the relevant product market for residential premium mechanical door hardware.  Plaintiff agrees that the inclusion of Valli & Valli products in the relevant product market is not a basis to require a divestiture of the Valli & Valli business.

2.　For the purposes of this case only, Plaintiff does not contest that upgrade kits and RF modules may be treated as falling outside the relevant product market for residential smart

2

locks.  Defendants agree that the exclusion of upgrade kits and RF modules in the relevant

product market is not a basis to require exclusion of upgrade kits and RF modules from any

divestiture.

**IT IS SO STIPULATED**

Dated: April 23, 2023

|   |   |
|---|---|
| ___/s/  David E. Dahlquist_____ | ___/s/   Justin W. Bernick_____ |
| David E. Dahlquist | Justin W. Bernick (DC Bar #988245) |
| Senior Trial Counsel | Charles A. Loughlin (D.C. Bar #448219) |
| UNITED STATES DEPARTMENT OF JUSTICE | William L. Monts, III (DC Bar # 428856) |
| ANTITRUST DIVISION | HOGAN LOVELLS US LLP |
| 209 South LaSalle Street, Suite 600 | 555 Thirteenth Street, NW |
| Chicago, Illinois 60604 | Washington, D.C. 20004 |
| david.dahlquist@usdoj.gov | (202) 637-5600 |
|   | justin.bernick@hoganlovells.com |
| Matthew R. Huppert (DC Bar #1010997) |   |
| Alexander D. Andresian (DC Bar #1602464) | ___/s/    David I. Gelfand_____ |
| Aaron Comenetz (DC Bar #479572) | David I. Gelfand (D.C. Bar No. 416596) |
| James R. Duncan, III (DC Bar #1045079) | Daniel P. Culley (D.C. Bar No. 988557) |
| Matthew Fellows (DC Bar #1736656) | Gabriel J. Lazarus (D.C. Bar No. 1644588) |
| Kerrie J. Freeborn (DC Bar #503143) | CLEARY GOTTLIEB STEEN & |
| Jenigh J. Garrett | HAMILTON LLP |
| Elizabeth A. Gudis | 2112 Pennsylvania Avenue, NW |
| Miranda Isaacs (DC Bar #1780815) | Washington, DC 20037 |
| Gabriella Moskowitz (DC Bar #1044309) | Telephone: (202) 974-1500 |
| Jennifer P. Roualet (DC Bar #241948) | Facsimile: (202) 974-1999 |
| Alice A. Wang (DC Bar #198745) | dgelfand@cgsh.com |
| *Trial Attorneys* |   |
|   | *Counsel for Defendant ASSA ABLOY AB* |
| Marissa Doran |   |
| Erin Murdock-Park (DC Bar #1019993) | ___/s/   Paul Spagnoletti_____ |
| *Senior Litigation Counsel* | Paul Spagnoletti |
|   | Arthur J. Burke |
| UNITED STATES DEPARTMENT OF JUSTICE | Greg D. Andres |
| ANTITRUST DIVISION | Nikolaus J. Williams |
| 450 Fifth Street N.W., Suite 8700 | DAVIS POLK & WARDWELL LLP |
| Washington, DC 20530 | 450 Lexington Avenue |
| Telephone: (202) 476-0383 | New York, NY 10017 |
| Email:  Matthew.Huppert@usdoj.gov | (212) 450-4000 |
|   | paul.spagnoletti@davispolk.com |
| *Counsel for Plaintiff United States of America* |   |
|   | *Counsel for Defendant* |
|   | *Spectrum Brands Holdings, Inc.* |

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2023, I caused the foregoing to be filed with the Clerk of Court using the Court's Electronic Document Filing System, which served copies on all counsel of record.

/s/ David I. Gelfand
David I. Gelfand

*Counsel for Defendant ASSA ABLOY AB*
