# Attachment B



# Smart Residential Roadmaps
Updated December 2022

AA_CONFIDENTIAL

AA-LITTRGT-000144538



# Thank you

assaabloy.com

Experience a safer and more open world

Internal

**ASSA ABLOY**

AA_CONFIDENTIAL

AA-LITTRGT-000144546