# APPENDIX A

1. Closers

2. Coordinators

3. Door operators

4. Electric strikes

5. Electromagnetic locking devices

6. Exit devices

7. Hotel locks

8. Locking pulls

9. Overhead holders/stops

10. Padlocks

11. Pivots

12. Stops, electromagnetic holders