IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br> v.<br><br>ASSA ABLOY AB, *et al.*,<br><br>   *Defendants.* | Civil No. 1:22-cv-02791-ACR |

### CERTIFICATE OF COMPLIANCE UNDER 15 U.S.C. § 16(g) BY DEFENDANT ASSA ABLOY AB

 Defendant ASSA ABLOY AB ("ASSA ABLOY"), by its attorneys, submits this filing certifying that it has complied with the disclosure requirements of Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g).  To the best of ASSA ABLOY's knowledge, no written or oral communication took place by ASSA ABLOY or on its behalf with any officer or employee of the Executive Branch of the United States concerning or relevant to the Proposed Final Judgment in this action, other than communication made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone, such communication being excluded from the disclosure requirements of 15 U.S.C. § 16(g).

Dated: September 7, 2023

        Respectfully submitted,

        */s/ Gabriel J. Lazarus*

        Justin W. Bernick (D.C. Bar No. 988245)
        Logan M. Breed (D.C. Bar No. 479628)
        Lauren E. Battaglia (D.C. Bar No. 1007093)
        Charles A. Loughlin (D.C. Bar No. 448219)
        William L. Monts, III (D.C. Bar No. 428856)
        Anna Kurian Shaw (D.C. Bar No. 465665)
        HOGAN LOVELLS US LLP
        555 Thirteenth Street, NW
        Washington, D.C. 20004
        Telephone: (202) 637-5600
        Email: justin.bernick@hoganlovells.com

        David I. Gelfand (D.C. Bar No. 416596)
        Daniel P. Culley (D.C. Bar No. 988557)
        Gabriel J. Lazarus (D.C. Bar No. 1644588)
        CLEARY GOTTLIEB STEEN &
        HAMILTON LLP
        2112 Pennsylvania Avenue, NW
        Washington, DC 20037
        Telephone: (202) 974-1500
        Email: glazarus@cgsh.com

        *Counsel for Defendant ASSA ABLOY AB*