# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ASSA ABLOY AB<br><br>and<br><br>SPECTRUM BRANDS HOLDINGS, INC.<br><br>*Defendants*. | Case No. 1:22-CV-02791 (ACR) |

## CERTIFICATE OF COMPLIANCE UNDER 15 U.S.C. § 16(g) BY DEFENDANT SPECTRUM BRANDS HOLDINGS, INC.

Defendant Spectrum Brands Holdings, Inc. ("Spectrum Brands"), by its attorneys, submits this filing certifying that it has complied with the disclosure requirements of Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g). To the best of Spectrum Brands' knowledge, no written or oral communication took place by or on behalf of Spectrum Brands with any officer or employee of the Executive Branch of the United States concerning or relevant to the Proposed Final Judgment in this action, other than communication made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone, such communication being excluded from the disclosure requirements of 15 U.S.C. § 16(g).

| | | |
|---|---|---|
| Dated: | New York, NY<br>September 11, 2023 | DAVIS POLK & WARDWELL LLP<br><br>By:  /s/ Paul Spagnoletti<br>     Paul Spagnoletti |

Paul Spagnoletti (*pro hac vice*)
Greg D. Andres (*pro hac vice*)
Howard Shelanski (*pro hac vice*)
Nikolaus J. Williams (*pro hac vice*)
450 Lexington Ave
New York, NY 10017
(212) 450-4000
paul.spagnoletti@davispolk.com
greg.andres@davispolk.com
howard.shelanski@davispolk.com
nikolaus.williams@davispolk.com

Jesse Solomon (D.C. Bar No. 998972)
901 15th Street, NW
Washington, DC 20005
(202) 962-7138
jesse.solomon@davispolk.com

*Counsel for Defendant*
*Spectrum Brands Holdings, Inc.*