# Exhibit 3

# HAUSFELD

888 16th Street NW
Suite 300
Washington, DC 20006

**T** +1 202 540 7200

L. Page Heslin
ASSA ABLOY Inc.
110 Sargent Drive
New Haven, CT  06511

December 15, 2023

Invoice: 2002284 (revised)
Client No: 200063.0001
Page 1 of 3

**Re:  United States of America v. Assa Abloy**

For services rendered in relation to the above-referenced matter August 10, 2023 through September 30, 2023

**TIME SUMMARY HAUSFELD LLP:**

| Name and Description | Title | Hours |
|---|---|---|
| **Coolidge, Melinda R.** | **Partner** | |
| Document/data review[1] | | 10.30 |
| DOJ communications | | 2.90 |
| Planning and Project Management | | 30.80 |
| Interviews | | 0.20 |
| Other[2] | | 1.30 |
| Team meetings/ communications | | 1.70 |
| **Shin, Jane** | **Associate** | |
| Document/data review | | 0.10 |
| Team meetings/ communications | | 0.60 |
| **Weick, Daniel** | **Counsel** | |
| Document/data review | | 1.70 |
| Planning and Project Management | | 1.30 |
| Other | | 0.20 |
| Team meetings/ communications | | 0.30 |
| **Total hours:** | | **51.40** |

[1] Hausfeld document/data review time was related to reviewing the FJ and related divestiture agreements.
[2] Hausfeld Other time was related to legal research.

hausfeld.com

**AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC**

# HAUSFELD.

| Description | Hours | Amount |
|---|---|---|
| Document/data review | 12.10 | $10,979.00 |
| DOJ communications | 2.90 | $2,668.00 |
| Planning and Project Management | 32.10 | $29,441.00 |
| Interviews | 0.20 | $184.00 |
| Other | 1.50 | $1,366.00 |
| Team meetings/ communications | 2.60 | $2,167.00 |
| **Total Fees:** | **51.40** | **$46,805.00** |

**TIME SUMMARY STONETURN:**

| Name and Description | Title | Hours |
|---|---|---|
| **Edwards, Michele** | **Partner** | |
| Planning and Project Management | | 13.50 |
| Monitoring Trustee Team Meetings and Communications | | 6.20 |
| **Van Houten, Lisa** | **Managing Director** | |
| Data/Document Review[3] | | 1.40 |
| Planning and Project Management | | 4.10 |
| Monitoring Trustee Team Meetings and Communications | | 5.80 |
| **Ball, Dana** | **Managing Director** | |
| Planning and Project Management | | 2.20 |
| Monitoring Trustee Team Meetings and Communications | | 1.40 |
| **Total hours:** | | **34.60** |

| Description | Hours | Amount |
|---|---|---|
| Document/ Data Review | 1.40 | $1,050.00 |
| Planning and Project Management | 19.80 | $17,440.00 |
| Team Meetings/ Communications | 13.40 | $11,220.00 |
| **Total Fees:** | **34.60** | **$29,710.00** |

**EXPENSES:**

---

[3] Stoneturn document/data review time was related to reviewing the FJ and related divestiture agreements.

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA |
SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC

# HAUSFELD®

| | |
|---|---:|
| Pacer Usage | $141.60 |
| Printing | $0.12 |
| **Total Expenses due** | **$141.72** |

| | |
|---|---:|
| **TOTAL AMOUNT DUE ON THIS INVOICE:** | **$76,656.72** |

**Payment for services rendered is due within 30 days of receipt of this invoice.**

**PLEASE SEE ATTACHED DETAILS BELOW**

Wiring instructions:
Citibank NA
Account No. 15479862
ABA Routing No. 254070116
Swift code: CITIUS33
Account Name: Hausfeld LLP IOLTA

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA |
SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC

# HAUSFELD®

888 16th Street NW
Suite 300
Washington, DC 20006

**T** +1 202 540 7200

December 15, 2023

L. Page Heslin
ASSA ABLOY Inc.
110 Sargent Drive
New Haven, CT  06511

Invoice: 2002325
(revised description)
Client No: 200063.0001

Page 1 of 5

**Re:  United States of America v. Assa Abloy**

For services rendered in relation to the above-referenced matter October 1, 2023 through October 31, 2023

## TIME SUMMARY HAUSFELD LLP:

| Name and Description | Title | Hours |
|---|---|---|
| **Coolidge, Melinda R.** | **Partner** | |
| Analysis[1] | | 2.30 |
| Data / Document Review | | 18.80 |
| DOJ Meetings and Communications | | 0.90 |
| Interviews | | 2.70 |
| Monitoring Trustee Team Meetings and Communications | | 5.50 |
| Other[2] | | 1.80 |
| Planning and Project Management | | 2.70 |
| **Ringeling, Camila** | **Associate** | |
| Data / Document Review | | 2.50 |
| Monitoring Trustee Team Meetings and Communications | | 2.50 |
| Other | | 8.00 |
| **Robinson, Elliot** | **Paralegal** | |

---

[1] Hausfeld Analysis and Data/Document Review time involved reviewing the existing record, various agreements related to the FJ and divestiture, and factual research regarding the products involved.
[2] Hausfeld time billed to Other was either legal research or related to obtaining a security clearance from the Department of Justice.

hausfeld.com

**HAUSFELD**

| | | |
|---|---|---|
| Planning and Project Management | | 8.00 |
| **Shin, Jane** | **Associate** | |
| Analysis | | 32.60 |
| Monitoring Trustee Team Meetings and Communications | | 3.80 |
| Other | | 3.00 |
| **Weick, Daniel** | **Counsel** | |
| Analysis | | 9.00 |
| Monitoring Trustee Team Meetings and Communications | | 4.00 |
| Planning and Project Management | | 3.50 |
| **Total hours:** | | **111.60** |

| Description | Hours | Amount |
|---|---|---|
| Analysis | 43.90 | $28,674.00 |
| Document/data review | 21.30 | $18,546.00 |
| DOJ Meetings and Communications | 0.90 | $828.00 |
| Planning and Project Management | 14.20 | $8,259.00 |
| Interviews | 2.70 | $2,484.00 |
| Other | 12.80 | $7,396.00 |
| Monitoring Trustee Team Meetings | 15.80 | $11,914.00 |
| **Total Fees:** | **111.60** | **$78,101.00** |

**TIME SUMMARY STONETURN:**

| Name and Description | Title | Hours |
|---|---|---|
| **Edwards, Michele** | **Partner** | |
| Data/Document Review[3] | | 1.50 |
| Interviews | | 2.00 |
| Monitoring Trustee Team Meetings | | 4.20 |
| Planning and Project Management | | 12.90 |
| **Van Houten, Lisa** | **Managing Director** | |
| Data/Document Review | | 10.20 |
| Interviews | | 1.00 |
| Monitoring Trustee Team Meetings | | 4.40 |

---

[3] Stoneturn Data/Document Review and Analysis involved reviewing the existing record, various agreements related to the FJ and divestiture, and factual research regarding the products involved.

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC

**HAUSFELD**

| | | |
|---|---|---|
| Other[4] | | 0.20 |
| Planning and Project Management | | 29.20 |
| **Ball, Dana** | **Managing Director** | |
| Monitoring Trustee Team Meetings | | 3.90 |
| **Nowakowski, Lauren** | **Manager** | |
| Data/Document Review | | 1.50 |
| Monitoring Trustee Team Meetings | | 3.90 |
| Planning and Project Management | | 6.50 |
| **Levy, Erica** | **Senior Consultant** | |
| Analysis | | 1.00 |
| Data/Document Review | | 1.40 |
| Monitoring Trustee Team Meetings | | 4.00 |
| Planning and Project Management | | 14.90 |
| **Dixon, Tate** | **Consultant** | |
| Analysis | | 2.10 |
| Data/Document Review | | 5.40 |
| Monitoring Trustee Team Meetings | | 4.40 |
| Other | | 1.20 |
| Planning and Project Management | | 11.50 |
| **Luk, Belvon** | **General and Administrative** | |
| Planning and Project Management | | 6.60 |
| **Total hours:** | | **133.90** |

| Description | Hours | Amount |
|---|---|---|
| Planning and Project Management | 81.60 | $50,555.00 |
| Monitoring Trustee Team Meetings | 24.80 | $15,697.50 |
| Data/Document Review | 20.00 | $12,497.50 |
| Analysis | 3.10 | $1,160.00 |
| Interviews | 3.00 | $2,650.00 |
| Other | 1.40 | $570.00 |
| **Total Fees:** | **133.90** | **$83,130.00** |

**TIME SUMMARY BATES WHITE:**

---

[4] Stoneturn billed time to Other related to obtaining a security clearance from the Department of Justice.

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC

**HAUSFELD**

Bates White time was spent preparing for, reviewing documents for, and analysis regarding the competitive intensity study.

| Name and Description | Title | Hours |
|---|---|---|
| **Lobel, Scott** | **Partner** | |
| Analysis | | 0.50 |
| Data/Document Review | | 4.70 |
| Interviews | | 1.30 |
| Monitoring Trustee Team Meetings & Communications | | 2.20 |
| Planning and Project Management | | 4.30 |
| **Schulenberg, Steven** | **Partner** | |
| Monitoring Trustee Team Meetings & Communications | | 0.50 |
| **Zayats, Slava** | **Partner** | |
| Analysis | | 2.20 |
| Data/Document Review | | 3.10 |
| Monitoring Trustee Team Meetings & Communications | | 2.20 |
| Planning and Project Management | | 0.90 |
| **Belavadi, Tanmay** | **Senior Economist** | |
| Data/Document Review | | 10.60 |
| DOJ Meetings & Communications | | 0.20 |
| Interviews | | 0.50 |
| Monitoring Trustee Team Meetings & Communications | | 1.70 |
| Planning and Project Management | | 0.60 |
| **Stone, Christopher** | **Senior Consultant** | |
| Analysis | | 5.30 |
| Data/Document Review | | 29.00 |
| Monitoring Trustee Team Meetings & Communications | | 1.00 |
| **Rubenstein, Hannah** | **Consultant** | |
| Analysis | | 2.20 |
| Data/Document Review | | 9.20 |
| Monitoring Trustee Team Meetings & Communications | | 1.00 |
| Planning and Project Management | | 0.40 |
| **Total Hours** | | **83.60** |

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC

# HAUSFELD

| Description | Hours | Amount |
|---|---|---|
| Analysis | 10.20 | $6,270.50 |
| Data/Document Review | 56.60 | $31,171.50 |
| DOJ Meetings & Communications | 0.20 | $115.00 |
| Interviews | 1.80 | $1,425.00 |
| Monitoring Trustee Team Communications | 8.60 | $6,747.50 |
| Planning and Project Management | 6.20 | $5,255.50 |
| **Total Fees:** | **83.60** | **$50,985.00** |

**EXPENSES:**

| | |
|---|---|
| Pacer Usage | $9.80 |
| Printing | $0.96 |
| **Total Expenses due** | **$10.76** |

**TOTAL AMOUNT DUE ON THIS INVOICE:**            $212,226.76

**Payment for services rendered is due within 30 days of receipt of this invoice.**
**PLEASE SEE ATTACHED DETAILS BELOW**

Wiring instructions:
Citibank NA
Account No. 15479862
ABA Routing No. 254070116
Swift code: CITIUS33
Account Name: Hausfeld LLP IOLTA

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC

# HAUSFELD®

888 16th Street NW
Suite 300
Washington, DC 20006

**T** +1 202 540 7200

December 20, 2023

L. Page Heslin
ASSA ABLOY Inc.
110 Sargent Drive
New Haven, CT  06511

Invoice: 2002358
Client No: 200063.0001

Page 1 of 5

**Re:  United States of America v. Assa Abloy**

For services rendered in relation to the above-referenced matter November 1, 2023 through November 30, 2023.

## TIME SUMMARY HAUSFELD LLP:

| Name and Description | Title | Hours |
|---|---|---|
| **Coolidge, Melinda R.** | **Partner** | |
| Analysis[1] | | 7.90 |
| Data / Document Review | | 2.50 |
| DOJ Meetings and Communications | | 3.60 |
| Interviews | | 3.30 |
| Monitoring Trustee Team Meetings and Communications | | 10.50 |
| Planning and Project Management | | 3.60 |
| **Ringeling, Camila** | **Associate** | |
| Analysis | | 6.00 |
| Data / Document Review | | 50.50 |
| DOJ Meetings and Communications | | 3.00 |
| Monitoring Trustee Team Meetings and Communications | | 13.30 |
| Other[2] | | 4.00 |
| **Robinson, Elliot** | **Paralegal** | |
| Analysis | | 5.50 |

---

[1] Hausfeld time billed to Analysis and Data/Document Review pertained to review of the divestiture agreements and trial transcripts, legal research and factual product research, and preparation for meeting with Department of Justice.
[2] Hausfeld time billed to Other pertained to obtaining a security clearance.

hausfeld.com

**AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC**

**HAUSFELD.**

| | | |
|---|---|---|
| Planning and Project Management | | 18.00 |
| **Shin, Jane** | **Associate** | |
| Analysis | | 61.30 |
| DOJ Meetings and Communications | | 2.30 |
| Interviews | | 0.90 |
| Monitoring Trustee Team Meetings and Communications | | 12.30 |
| Other | | 0.50 |
| Planning and Project Management | | 0.10 |
| **Weick, Daniel** | **Counsel** | |
| Analysis | | 16.10 |
| DOJ Meetings and Communications | | 3.10 |
| Interviews | | 0.80 |
| Monitoring Trustee Team Meetings and Communications | | 10.00 |
| Planning and Project Management | | 0.20 |
| Travel | | 5.90 |
| **Total Hours:** | | **245.20** |

| <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|
| Analysis | 96.80 | $61,432.00 |
| Data / Document Review | 53.00 | $27,550.00 |
| DOJ Meetings and Communications | 12.00 | $8,781.00 |
| Interviews | 5.00 | $4,238.00 |
| Monitoring Trustee Team Meetings and Communications | 46.10 | $31,944.00 |
| Other | 4.50 | $2,290.00 |
| Planning and Project Management | 21.90 | $9,840.00 |
| Travel | 5.90 | $5,015.00 |
| Total Fees: | **245.20** | **$151,090.00** |

**TIME SUMMARY STONETURN:**

| <u>Name and Description</u> | <u>Title</u> | <u>Hours</u> |
|---|---|---|
| **Edwards, Michele** | **Partner** | |
| Analysis[3] | | 5.00 |

---

[3] StoneTurn time billed to Analysis related to assessing the implications of the APSO to the FJ and Monitoring

hausfeld.com

**AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC**

**HAUSFELD**

| | | |
|---|---|---|
| Data/Document Review[4] | | 3.80 |
| DOJ Meetings and Communications | | 2.30 |
| Interviews | | 2.70 |
| Monitoring Trustee Team Meetings and Communications | | 6.50 |
| Planning and Project Management | | 14.60 |
| Travel | | 7.30 |
| **Liew, Jason** | **Partner** | |
| Data/Document Review | | 1.60 |
| Monitoring Trustee Team Meetings and Communications | | 2.50 |
| Planning and Project Management | | 0.20 |
| **Van Houten, Lisa** | **Managing Director** | |
| DOJ Meetings and Communications | | 2.30 |
| Interviews | | 2.70 |
| Monitoring Trustee Team Meetings and Communications | | 10.00 |
| Other[5] | | 1.40 |
| Planning and Project Management | | 37.60 |
| Travel | | 5.00 |
| **Ball, Dana** | **Managing Director** | |
| Data/Document Review | | 3.80 |
| Monitoring Trustee Team Meetings and Communications | | 9.40 |
| Planning and Project Management | | 8.40 |
| Travel | | 3.00 |
| **LaRocca, Lauren** | **Manager** | |
| Data/Document Review | | 4.10 |
| Monitoring Trustee Team Meetings and Communications | | 10.30 |
| Planning and Project Management | | 9.60 |
| **Levy, Erica** | **Senior Consultant** | |
| Data/Document Review | | 1.50 |
| Monitoring Trustee Team Meetings | | 10.30 |

---

Trustee work plan.

[4] StoneTurn time billed to Data/Document Review related to review of the existing record, various agreements related to the FJ, Asset Preservation Stipulation and Order ("APSO"), and divestiture, and documents from the United States vs. ASSA ABLOY trial and review of information regarding the parties' products.

[5] StoneTurn time billed to Other included participating on quarterly earnings calls for the parties or obtaining security clearance from the Department of Justice.

hausfeld.com

AMSTERDAM  |  BERLIN  |  BOSTON  |  BRUSSELS  |  DÜSSELDORF  |  LONDON  |  NEW YORK  |  PARIS  |  PHILADELPHIA  | SAN FRANCISCO  |  STOCKHOLM  |  WASHINGTON, DC

**HAUSFELD**

| | | |
|---|---|---|
| and Communications | | |
| Planning and Project Management | | 27.00 |
| **Nguyen, Thanh** | **Senior Consultant** | |
| Data/Document Review | | 10.50 |
| Monitoring Trustee Team Meetings and Communications | | 1.50 |
| Planning and Project Management | | 0.20 |
| **Dixon, Tate** | **Consultant** | |
| Data/Document Review | | 5.00 |
| Monitoring Trustee Team Meetings and Communications | | 9.50 |
| Other | | 1.40 |
| Planning and Project Management | | 11.80 |
| Travel | | 10.00 |
| **Luk, Belvon** | **General and Administrative** | |
| Planning and Project Management | | 14.40 |
| **Total hours:** | | **257.20** |

| Description | Hours | Amount |
|---|---|---|
| Analysis | 5.00 | $ 4,750.00 |
| Data/Document Review | 30.30 | $ 17,082.50 |
| DOJ Meetings and Communications | 4.60 | $ 3,910.00 |
| Interviews | 5.40 | $ 4,590.00 |
| Monitoring Trustee Team Meetings and Communications | 60.00 | $ 37,220.00 |
| Other | 2.80 | $ 1,540.00 |
| Planning and Project Management | 123.80 | $ 74,135.00 |
| Travel | 25.30 | $ 16,285.00 |
| **Total Fees:** | **257.20** | **$ 159,512.50** |

**TIME SUMMARY BATES WHITE:**

| Description | Hours | Professional Fees |
|---|---|---|
| Analysis[6] | 19.6 | $16,527.50 |
| Data/Document Review | 85.4 | $48,388.50 |
| DOJ Meetings & Communications | 17.9 | $13,695.50 |
| Interviews | 13.6 | $8,419.00 |
| Monitoring Trustee Team Meetings & Communications | 33.4 | $26,826.50 |

---

[6] Bates White Analysis and Data/Document Review time pertained to preparation for the competitive intensity analysis.

hausfeld.com

**AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC**

**HAUSFELD**

| | | |
|---|---|---|
| Planning and Project Management | 11.0 | $9,759.00 |
| **Grand Total** | **180.9** | **$123,616.00** |

**EXPENSES:**[7]

| | |
|---|---|
| Airfare / Rail | $2,195.62 |
| Car / Cab / Parking / Ground Transportation | $723.72 |
| Hotel | $1,930.19 |
| Meals (Employee Travel Related) | $117.32 |
| **Total Expenses Due** | **$4,966.85** |

**TOTAL AMOUNT DUE ON THIS INVOICE:**                    **$439,185.35**

**Payment for services rendered is due within 30 days of receipt of this invoice.**
**PLEASE SEE ATTACHED DETAILS BELOW**

Wiring instructions:
Citibank NA
Account No. 15479862
ABA Routing No. 254070116
Swift code: CITIUS33
Account Name: Hausfeld LLP IOLTA

---

[7] Travel expenses on this invoice pertain to costs incurred by Stoneturn in attending an in-person MTT meeting and meeting with the DOJ (scheduled adjacent to each other to save costs and time).

hausfeld.com

**AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC**

# HAUSFELD®

888 16th Street NW
Suite 300
Washington, DC 20006

**T** +1 202 540 7200

January 24, 2024

L. Page Heslin
ASSA ABLOY Inc.
110 Sargent Drive
New Haven, CT  06511

Invoice:2002394
Client No: 200063.0001

Page 1 of 5

**Re:  United States of America v. Assa Abloy**

For services rendered in relation to the above-referenced matter December 1, 2023 through December 31, 2023

## TIME SUMMARY HAUSFELD LLP:[1]

| Name and Description | Title | Hours |
|---|---|---|
| **Coolidge, Melinda R.** | **Partner** | |
| Analysis | | 6.10 |
| Data / Document Review | | 0.50 |
| DOJ Meetings and Communications | | 1.50 |
| Interviews | | 0.80 |
| Monitoring Trustee Team Meetings & Communications | | 4.10 |
| Planning and Project Management | | 1.10 |
| **Ringeling, Camila** | **Associate** | |
| Analysis | | 17.50 |
| Data / Document Review | | 11.00 |
| Monitoring Trustee Team Meetings & Communications | | 2.50 |
| **Robinson, Elliot** | **Paralegal** | |
| Planning and Project Management | | 6.00 |
| **Shin, Jane** | **Associate** | |
| Analysis | | 22.60 |
| Monitoring Trustee Team Meetings & Communications | | 4.10 |
| Planning and Project Management | | 0.70 |
| **Weick, Daniel** | **Counsel** | |
| Analysis | | 3.60 |
| DOJ Meetings and Communications | | 2.80 |

---

[1] Nearly all of Hausfeld's time in December was spent on assessing compliance with the FJ and APSO.

hausfeld.com

**AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC**

**HAUSFELD**

| | | |
|---|---|---|
| Interviews | | 0.30 |
| Monitoring Trustee Team Meetings & Communications | | 5.70 |
| Planning and Project Management | | 0.60 |
| **Total hours:** | | **91.50** |

| **Description** | **Hours** | **Amount** |
|---|---|---|
| Analysis | 49.80 | $30,530.00 |
| Data / Document Review | 11.50 | $5,960.00 |
| DOJ Meetings and Communications | 4.30 | $3,760.00 |
| Interviews | 1.10 | $991.00 |
| Monitoring Trustee Team Meetings & Communications | 16.40 | $12,245.00 |
| Planning and Project Management | 8.40 | $4,028.00 |
| **Total Fees:** | **91.50** | **$57,514.00** |

**TIME SUMMARY STONETURN:**

| **Name and Description** | **Title** | **Hours** |
|---|---|---|
| **Edwards, Michele** | **Partner** | |
| Monitoring Trustee Team Meetings and Communications | | 3.20 |
| Planning and Project Management | | 4.50 |
| Reporting | | 4.00 |
| **Liew, Jason** | **Partner** | |
| Monitoring Trustee Team Meetings and Communications | | 0.90 |
| Planning and Project Management | | 4.90 |
| **Van Houten, Lisa** | **Managing Director** | |
| Data/Document Review[2] | | 2.30 |
| Monitoring Trustee Team Meetings and Communications | | 3.40 |
| Other[3] | | 1.00 |
| Planning and Project Management | | 20.30 |
| Reporting | | 8.00 |
| **Ball, Dana** | **Managing Director** | |
| Data/Document Review[1] | | 0.20 |
| Monitoring Trustee Team Meetings and Communications | | 1.30 |

States vs. ASSA ABLOY trial; and documentation submitted by the parties.
[1] StoneTurn time billed to Data/Document Review related to review of the existing record; various agreements related to the FJ, Asset Preservation Stipulation and Order ("APSO"), and divestiture; documents from the United States vs. ASSA ABLOY trial; and documentation submitted by the parties.
[2] StoneTurn time billed to Other included obtaining security clearance from the Department of Justice.

hausfeld.com

**AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC**

**HAUSFELD**

| | | |
|---|---|---|
| Planning and Project Management | | 12.40 |
| **LaRocca, Lauren** | **Manager** | |
| Data/Document Review[1] | | 0.50 |
| Monitoring Trustee Team Meetings and Communications | | 2.70 |
| Planning and Project Management | | 30.30 |
| **Levy, Erica** | **Senior Consultant** | |
| Monitoring Trustee Team Meetings and Communications | | 2.70 |
| Planning and Project Management | | 16.00 |
| **Nguyen, Thanh** | **Senior Consultant** | |
| Monitoring Trustee Team Meetings and Communications | | 0.90 |
| Planning and Project Management | | 20.50 |
| **Dixon, Tate** | **Consultant** | |
| Data/Document Review[1] | | 1.70 |
| Planning and Project Management | | 2.20 |
| **Luk, Belvon** | **General and Administrative** | |
| Planning and Project Management | | 7.80 |
| **Total hours:** | | **151.70** |

| Description | Hours | Amount |
|---|---|---|
| Data/Document Review | 4.70 | $ 2,772.50 |
| Monitoring Trustee Team Meetings and Communications | 15.10 | $ 10,505.00 |
| Other | 1.00 | $ 750.00 |
| Planning and Project Management | 118.90 | $ 70,027.50 |
| Reporting | 12.00 | $ 9,800.00 |
| **Total Fees:** | **151.70** | **$ 93,855.00** |

**TIME SUMMARY BATES WHITE:**

Bates White time was spent preparing for, reviewing documents for, and analysis regarding the competitive intensity study.

| Name and Description | Title | Hours |
|---|---|---|
| **Lobel, Scott** | **Partner** | |
| Data/Document Review[4] | | 9.20 |

---

[4] Bates White Data/Document Review time pertained to preparation for the competitive intensity analysis.

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC

**HAUSFELD**

| | | |
|---|---|---|
| DOJ Meetings & Communications | | 3.30 |
| Monitoring Trustee Team Meetings & Communications | | 0.90 |
| Planning and Project Management | | 2.80 |
| **Zayats, Slava** | **Partner** | |
| Data/Document Review | | 3.70 |
| DOJ Meetings & Communications | | 7.30 |
| Interviews | | 0.80 |
| Monitoring Trustee Team Meetings & Communications | | 3.40 |
| Planning and Project Management | | 4.50 |
| **Belavadi, Tanmay** | **Senior Economist** | |
| Data/Document Review | | 59.90 |
| DOJ Meetings & Communications | | 20.50 |
| Interviews | | 1.20 |
| Monitoring Trustee Team Meetings & Communications | | 5.20 |
| Planning and Project Management | | 4.50 |
| **Stone, Christopher** | **Senior Consultant** | |
| Data/Document Review | | 24.80 |
| DOJ Meetings & Communications | | 4.30 |
| Monitoring Trustee Team Meetings & Communications | | 1.50 |
| **Rubenstein, Hannah** | **Consultant** | |
| Data/Document Review | | 58.10 |
| DOJ Meetings & Communications | | 4.90 |
| Monitoring Trustee Team Meetings & Communications | | 2.30 |
| **Total Hours** | | **223.10** |

| Description | Hours | Professional Fees |
|---|---|---|
| Data/Document Review | 155.70 | $81,416.00 |
| DOJ Meetings & Communications | 40.30 | $26,704.50 |
| Interviews | 2.00 | $1,570.00 |

hausfeld.com

**AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC**

# HAUSFELD

| | | |
|---|---|---|
| Monitoring Trustee Team Meetings & Communications | 13.30 | $9,146.00 |
| Planning and Project Management | 11.80 | $9,987.50 |
| **Grand Total** | **223.10** | **$128,824.00** |

*HAUSFELD EXPENSES:*

| | |
|---|---|
| Taxi | $53.73 |
| Westlaw Usage | $106.74 |
| **Total Expenses due** | **$160.47** |

**TOTAL AMOUNT DUE ON THIS INVOICE:**          **$280,353.47**

**Payment for services rendered is due within 30 days of receipt of this invoice.**
**PLEASE SEE ATTACHED DETAILS BELOW**

Wiring instructions:
Citibank NA
Account No. 15479862
ABA Routing No. 254070116
Swift code: CITIUS33
Account Name: Hausfeld LLP IOLTA

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC

# HAUSFELD®

888 16th Street NW
Suite 300
Washington, DC 20006

**T** +1 202 540 7200

February 23, 2024

L. Page Heslin
ASSA ABLOY Inc.
110 Sargent Drive
New Haven, CT  06511

Invoice: 2002418
Client No: 200063.0001

Page 1 of 6

**Re:  United States of America v. Assa Abloy**

For services rendered in relation to the above-referenced matter January 1, 2024 through January 31, 2024

**TIME SUMMARY HAUSFELD LLP:**

Hausfeld time was spent mostly on compliance-related analysis, with some minimal time spent on competitive intensity inquiry.

| Name and Description | Title | Hours |
|---|---|---|
| **Coolidge, Melinda R.** | **Partner** | |
| Analysis | | 11.80 |
| DOJ Meetings and Communications | | 3.30 |
| Interviews | | 7.10 |
| Monitoring Trustee Team Meetings and Communications | | 6.50 |
| Other | | 0.40 |
| Planning and Project Management | | 1.20 |
| Reporting | | 0.50 |
| **Ringeling, Camila** | **Associate** | |
| Analysis | | 61.90 |
| Data / Document Review | | 7.60 |
| Interviews | | 5.00 |
| Monitoring Trustee Team Meetings and Communications | | 9.20 |
| Other | | 0.10 |
| **Robinson, Elliot** | **Paralegal** | |
| Planning and Project Management | | 6.00 |
| **Shin, Jane** | **Associate** | |
| Analysis | | 27.50 |
| DOJ Meetings and Communications | | 1.40 |
| Interviews | | 4.70 |

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA |
SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC

**HAUSFELD**

| | | |
|---|---|---|
| Monitoring Trustee Team Meetings and Communications | | 9.20 |
| Planning and Project Management | | 2.90 |
| Reporting | | 8.50 |
| **Weick, Daniel** | **Counsel** | |
| Analysis | | 20.60 |
| DOJ Meetings and Communications | | 1.70 |
| Interviews | | 6.10 |
| Monitoring Trustee Team Meetings and Communications | | 9.00 |
| Reporting | | 28.50 |
| **Total hours:** | | **240.70** |

| Description | Hours | Amount |
|---|---|---|
| Analysis | 121.80 | 78,429.00 |
| Data / Document Review | 7.60 | 3,952.00 |
| DOJ Meetings and Communications | 6.40 | 5,391.00 |
| Interviews | 22.90 | 17,372.00 |
| Monitoring Trustee Team Meetings and Communications | 33.90 | 24,394.00 |
| Other | 0.50 | 420.00 |
| Planning and Project Management | 10.10 | 5,089.00 |
| Reporting | 37.50 | 30,210.00 |
| **Total Fees:** | **240.70** | **165,257.00** |

**TIME SUMMARY STONETURN:**

| Name and Description | Title | Hours |
|---|---|---|
| **Edwards, Michele** | **Partner** | |
| Analysis | | 20.8 |
| Data/Document Review[1] | | 0.3 |
| DOJ Meetings and Communications | | 1.7 |
| Interviews | | 5.7 |
| Monitoring Trustee Team Meetings and Communications | | 16.4 |

---

[1] StoneTurn time billed to Data/Document Review related to review of the existing record; various agreements related to the FJ, Asset Preservation Stipulation and Order ("APSO"), and divestiture; documents from the United States vs. ASSA ABLOY trial; and documentation provided by the parties.

hausfeld.com

**AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC**

**HAUSFELD.**

| | | |
|---|---|---|
| Reporting | | 15.9 |
| **Liew, Jason** | **Partner** | |
| Analysis | | 3.3 |
| Interviews | | 1.7 |
| Monitoring Trustee Team Meetings and Communications | | 2.8 |
| Reporting | | 0.5 |
| **Van Houten, Lisa** | **Managing Director** | |
| Analysis | | 21.6 |
| Data/Document Review[1] | | 7.1 |
| DOJ Meetings and Communications | | 1.7 |
| Interviews | | 6.3 |
| Monitoring Trustee Team Meetings and Communications | | 25.5 |
| Planning and Project Management | | 2.6 |
| Reporting | | 31.6 |
| **Ball, Dana** | **Managing Director** | |
| Analysis | | 12.3 |
| Data/Document Review[1] | | 8.9 |
| Monitoring Trustee Team Meetings and Communications | | 10.5 |
| Reporting | | 21.3 |
| **LaRocca, Lauren** | **Managing Director** | |
| Analysis | | 22.1 |
| Data/Document Review[1] | | 3.7 |
| Interviews | | 1.0 |
| Monitoring Trustee Team Meetings and Communications | | 12.1 |
| Planning and Project Management | | 3.1 |
| Reporting | | |

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC

**HAUSFELD**

| | | 50.1 |
|---|---|---|
| **Levy, Erica** | **Senior Consultant** | |
| Analysis | | 7.3 |
| Data/Document Review[1] | | 4.1 |
| Monitoring Trustee Team Meetings and Communications | | 8.6 |
| Planning and Project Management | | 5.4 |
| Reporting | | 32.7 |
| **Nguyen, Thanh** | **Senior Consultant** | |
| Analysis | | 37.1 |
| Data/Document Review[1] | | 8.4 |
| Interviews | | 1.7 |
| Monitoring Trustee Team Meetings and Communications | | 2.8 |
| Reporting | | 16.7 |
| **Luk, Belvon** | **General and Administrative** | |
| Monitoring Trustee Team Meetings and Communications | | 1.6 |
| Planning and Project Management | | 7.1 |
| **Total hours:** | | **441.10** |

| Description | Hours | Amount |
|---|---|---|
| Analysis | 124.5 | $ 85,162.00 |
| Data/Document Review | 32.5 | $ 20,628.50 |
| DOJ Meetings and Communications | 3.4 | $ 3,026.00 |
| Interviews | 16.4 | $ 13,637.50 |
| Monitoring Trustee Team Meetings and Communications | 80.3 | $ 60,719.00 |
| Planning and Project Management | 18.2 | $ 8,877.50 |
| Reporting | 168.8 | $ 114,039.50 |
| **Total Fees:** | **441.10** | **$ 306,090.00** |

**TIME SUMMARY BATES WHITE:**

hausfeld.com

**AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC**

**HAUSFELD**

Bates White time was spent preparing for, reviewing documents for, and analysis regarding the competitive intensity study.

| Name and Description | Title | Hours |
|---|---|---|
| **Lobel, Scott** | **Partner** | |
| Analysis | | 7.30 |
| Data/Document Review | | 1.60 |
| DOJ Meetings & Communications | | 6.80 |
| Interviews | | 8.00 |
| Monitoring Trustee Team Meetings & Communications | | 6.10 |
| Planning and Project Management | | 7.30 |
| **Zayats, Slava** | **Partner** | |
| Analysis | | 3.00 |
| Data/Document Review | | 0.50 |
| DOJ Meetings & Communications | | 3.40 |
| Interviews | | 3.00 |
| Monitoring Trustee Team Meetings & Communications | | 5.50 |
| Planning and Project Management | | 9.20 |
| **Belavadi, Tanmay** | **Senior Economist** | |
| Analysis | | 45.40 |
| Data/Document Review | | 7.10 |
| DOJ Meetings & Communications | | 17.80 |
| Interviews | | 15.60 |
| Monitoring Trustee Team Meetings & Communications | | 13.80 |
| Planning and Project Management | | 15.40 |
| **Stone, Christopher** | **Senior Consultant** | |
| Analysis | | 36.10 |
| Data/Document Review | | 0.60 |
| DOJ Meetings & Communications | | 1.00 |

# HAUSFELD

| | | |
|---|---|---|
| Interviews | | 6.90 |
| Monitoring Trustee Team Meetings & Communications | | 3.00 |
| **Rubenstein, Hannah** | Consultant | |
| Analysis | | 51.90 |
| Data/Document Review | | 2.70 |
| DOJ Meetings & Communications | | 2.10 |
| Interviews | | 2.30 |
| Monitoring Trustee Team Meetings & Communications | | 1.80 |
| Planning and Project Management | | 1.70 |
| **Total Hours** | | **286.90** |

| Description | Hours | Professional Fees |
|---|---|---|
| Analysis | 143.70 | $83,064.50 |
| Data/Document Review | 12.50 | $8,359.00 |
| DOJ Meetings & Communications | 31.10 | $24,334.50 |
| Interviews | 35.80 | $26,907.50 |
| Monitoring Trustee Team Meetings & Communications | 30.20 | $24,859.00 |
| Planning and Project Management | 33.60 | $30,392.50 |
| **Grand Total** | **286.90** | **$197,917.00** |

*HAUSFELD LLP EXPENSES:*

Westlaw Usage                                                                $517.32

**Total Expenses due**                                              **$517.32**

**TOTAL AMOUNT DUE ON THIS INVOICE:**                    $669,781.32

**Payment for services rendered is due within 30 days of receipt of this invoice.**

**PLEASE SEE ATTACHED DETAILS BELOW**

Wiring instructions:
Citibank NA
Account No. 15479862
ABA Routing No. 254070116
Swift code: CITIUS33
Account Name: Hausfeld LLP IOLTA

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC

# HAUSFELD®

888 16th Street NW
Suite 300
Washington, DC 20006

**T** +1 202 540 7200

April 1, 2024

L. Page Heslin
ASSA ABLOY Inc.
110 Sargent Drive
New Haven, CT  06511

Invoice: 2002461
Client No: 200063.0001

Page 1 of 5

**Re:  United States of America v. Assa Abloy**

For services rendered in relation to the above-referenced matter February 1, 2024 through February 29, 2024

**TIME SUMMARY HAUSFELD LLP:**

Hausfeld time was spent mostly on compliance-related analysis, with some minimal time spent on competitive intensity inquiry.

| Name and Description | Title | Hours |
|---|---|---|
| **Coolidge, Melinda R.** | **Partner** | |
| Analysis | | 9.80 |
| Data / Document Review | | 5.20 |
| DOJ Meetings and Communications | | 3.10 |
| Interviews | | 1.20 |
| Monitoring Trustee Team Meetings and Communications | | 5.90 |
| Planning and Project Management | | 0.40 |
| Reporting | | 27.10 |
| **Ringeling, Camila** | **Associate** | |
| Analysis | | 9.20 |
| Data / Document Review | | 44.10 |
| Monitoring Trustee Team Meetings and Communications | | 8.10 |
| Other | | 0.20 |
| **Robinson, Elliot** | **Paralegal** | |
| Monitoring Trustee Team Meetings and Communications | | 1.30 |
| Planning and Project Management | | 2.10 |
| Reporting | | 9.50 |
| **Shin, Jane** | **Associate** | |

**hausfeld.com**

**HAUSFELD**

| | | |
|---|---|---|
| Analysis | | 20.80 |
| DOJ Meetings and Communications | | 0.30 |
| Monitoring Trustee Team Meetings and Communications | | 6.30 |
| Planning and Project Management | | 1.50 |
| Reporting | | 19.10 |
| **Weick, Daniel** | **Counsel** | |
| Analysis | | 17.20 |
| DOJ Meetings and Communications | | 1.00 |
| Monitoring Trustee Team Meetings and Communications | | 4.70 |
| Planning and Project Management | | 2.20 |
| Reporting | | 10.40 |
| **Total hours:** | | **210.70** |

| Description | Hours | Amount |
|---|---|---|
| Analysis | 57.00 | 41,940.00 |
| Data / Document Review | 49.30 | 27,716.00 |
| DOJ Meetings and Communications | 4.40 | 3,897.00 |
| Interviews | 1.20 | 1,104.00 |
| Monitoring Trustee Team Meetings and Communications | 26.30 | 18,185.00 |
| Other | 0.20 | 104.00 |
| Planning and Project Management | 6.20 | 3,948.00 |
| Reporting | 66.10 | 49,512.00 |
| **Total Fees:** | **210.70** | **146,406.00** |

**TIME SUMMARY STONETURN:**

| Name and Description | Title | Hours |
|---|---|---|
| **Edwards, Michele** | **Partner** | |
| Analysis | | 1.5 |
| DOJ Meetings and Communications | | .70 |
| Monitoring Trustee Team Meetings and Communications | | 10.3 |
| Reporting | | 18.5 |
| **Liew, Jason** | **Partner** | |
| Monitoring Trustee Team Meetings and Communications | | 1.2 |
| **Van Houten, Lisa** | **Managing Director** | |
| Analysis | | 16.7 |
| Data/Document Review[1] | | 1.4 |

---

[1] StoneTurn time billed to Data/Document Review related to review of the existing record; various agreements related to the Final Judgment ("FJ"), Asset Preservation Stipulation and Order ("APSO"), and Divestiture Agreements; and documentation provided by the parties.

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC

**HAUSFELD.**

| | | |
|---|---|---|
| DOJ Meetings and Communications | | .70 |
| Monitoring Trustee Team Meetings and Communications | | 15.8 |
| Planning and Project Management | | 2.6 |
| Reporting | | 27.1 |
| **Ball, Dana** | **Managing Director** | |
| Analysis | | 4.9 |
| Data/Document Review[1] | | 1.5 |
| Monitoring Trustee Team Meetings and Communications | | 13.3 |
| Reporting | | 2.5 |
| **LaRocca, Lauren** | **Managing Director** | |
| Analysis | | 24.2 |
| Monitoring Trustee Team Meetings and Communications | | 14.6 |
| Planning and Project Management | | 2.9 |
| Reporting | | 22.0 |
| **Levy, Erica** | **Senior Consultant** | |
| Analysis | | 21.5 |
| Monitoring Trustee Team Meetings and Communications | | 8.7 |
| Planning and Project Management | | 3.6 |
| Reporting | | 1.1 |
| **Nguyen, Thanh** | **Senior Consultant** | |
| Analysis | | 2.3 |
| Monitoring Trustee Team Meetings and Communications | | .90 |
| **Staebler, Oscar** | **Consultant** | |
| Analysis | | 1.0 |
| Planning and Project Management | | .50 |
| **Luk, Belvon** | **General and Administrative** | |
| Planning and Project Management | | 1.1 |
| **Total hours:** | | **223.1** |

| Description | Hours | Amount |
|---|---|---|
| Analysis | 72.1 | $ 46,223.50 |
| Data/Document Review[1] | 2.9 | $  2,201.50 |
| DOJ Meetings and Communications | 1.4 | $  1,246.00 |
| Monitoring Trustee Team Meetings and Communications | 64.8 | $ 48,065.00 |
| Planning and Project Management | 10.7 | $  6,222.50 |
| Reporting | 71.2 | $ 57,413.50 |
| **Total Fees:** | **223.1** | **$ 161,372.00** |

**TIME SUMMARY BATES WHITE:**

hausfeld.com

**AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC**

**HAUSFELD**

Bates White time was spent preparing for, reviewing documents for, and analysis regarding the competitive intensity study.

| Name and Description | Title | Hours |
|---|---|---|
| **Lobel, Scott** | **Partner** | |
| Analysis | | 6.5 |
| Data/Document Review | | 2.8 |
| DOJ Meetings & Communications | | 3.3 |
| Monitoring Trustee Team Meetings & Communications | | 6.2 |
| Planning and Project Management | | 9.0 |
| **Zayats, Slava** | **Partner** | |
| Analysis | | 2.3 |
| DOJ Meetings & Communications | | 1.3 |
| Monitoring Trustee Team Meetings & Communications | | 2.2 |
| Planning and Project Management | | 7.0 |
| **Belavadi, Tanmay** | **Senior Economist** | |
| Analysis | | 90.0 |
| Data/Document Review | | 6.2 |
| DOJ Meetings & Communications | | 6.7 |
| Monitoring Trustee Team Meetings & Communications | | 9.1 |
| Planning and Project Management | | 15.8 |
| **Stone, Christopher** | **Senior Consultant** | |
| Analysis | | 22.0 |
| Monitoring Trustee Team Meetings & Communications | | 1.3 |
| **Haseeb Bajwa** | **Senior Consultant** | |
| Analysis | | 67.5 |
| Data/Document Review | | 10.1 |
| Monitoring Trustee Team Meetings & Communications | | 1.7 |
| **Rubenstein, Hannah** | **Consultant** | |
| Analysis | | 11.0 |
| Data/Document Review | | 17.3 |
| Monitoring Trustee Team Meetings & Communications | | 1.0 |
| Planning and Project Management | | 0.5 |
| **Total Hours** | | **300.8** |

**hausfeld.com**

**AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC**

# HAUSFELD.

| Description | Hours | Professional Fees |
|---|---|---|
| Analysis | 199.3 | $119,977.50 |
| Data/Document Review | 36.4 | $19,627.00 |
| DOJ Meetings & Communications | 11.3 | $9,376.50 |
| Monitoring Trustee Team Meetings & Communications | 21.5 | $17,082.00 |
| Planning and Project Management | 32.3 | $28,858.50 |
| **Grand Total** | **300.8** | **$194,921.50** |

*HAUSFELD LLP EXPENSES:*

| | |
|---|---|
| Travel Related | $1,225.05[2] |
| Westlaw Usage | $1,255.83 |
| **Total Expenses due** | **$2,480.88** |

**TOTAL AMOUNT DUE ON THIS INVOICE:**               $505,180.38

**Payment for services rendered is due within 30 days of receipt of this invoice.**

**PLEASE SEE ATTACHED DETAILS BELOW**

Wiring instructions:
Citibank NA
Account No. 15479862
ABA Routing No. 254070116
Swift code: CITIUS33
Account Name: Hausfeld LLP IOLTA

---

[2] Attending meeting with DOJ.

**hausfeld.com**

**AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC**

# HAUSFELD®

888 16th Street NW
Suite 300
Washington, DC 20006

**T** +1 202 540 7200

May 8, 2024

L. Page Heslin
ASSA ABLOY Inc.
110 Sargent Drive
New Haven, CT  06511

Invoice: 2002473
Client No: 200063.0001

Page 1 of 6

**Re:  United States of America v. Assa Abloy**

For services rendered in relation to the above-referenced matter March 1, 2024 through March 31, 2024

| Name and Description | Title | Hours |
|---|---|---|
| **Coolidge, Melinda R.** | **Partner** | |
| Analysis | | 10.40 |
| Data Document Review | | 8.90 |
| DOJ Meetings and Communications | | 4.30 |
| Interviews | | 4.20 |
| Monitoring Trustee Team Meetings and Communications | | 18.50 |
| Planning and Project Management | | 0.50 |
| **Durunna, Uchechi** | **Senior Staff Attorney** | |
| Monitoring Trustee Team Meetings and Communications | | 12.70 |
| Data Document Review | | 49.80 |
| **Ringeling, Camila** | **Associate** | |
| Analysis | | 20.40 |
| Data Document Review | | 16.70 |
| Monitoring Trustee Team Meetings and Communications | | 18.90 |
| **Robinson, Elliot** | **Paralegal** | |
| Monitoring Trustee Team Meetings and Communications | | 1.50 |
| Planning and Project Management | | 1.80 |
| **Shin, Jane** | **Associate** | |
| Analysis | | 10.30 |
| DOJ Meetings and Communications | | 2.70 |
| Monitoring Trustee Team Meetings and Communications | | 22.10 |
| Planning and Project Management | | 1.10 |

hausfeld.com

AMSTERDAM  |  BERLIN  |  BOSTON  |  BRUSSELS  |  DÜSSELDORF  |  LONDON  |  NEW YORK  |  PARIS  |  PHILADELPHIA  |
SAN FRANCISCO  |  STOCKHOLM  |  WASHINGTON, DC

**HAUSFELD**

| Weick, Daniel | Counsel | |
|---|---|---|
| Analysis | | 13.40 |
| DOJ Meetings and Communications | | 1.90 |
| Monitoring Trustee Team Meetings and Communications | | 13.20 |
| Planning and Project Management | | 9.90 |
| Travel | | 14.10 |
| **Total hours:** | | **257.30** |

| Description | Hours | Amount |
|---|---|---|
| Analysis | 54.50 | 38,261.00 |
| Data Document Review | 75.40 | 40,776.00 |
| DOJ Meetings and Communications | 8.90 | 7,326.00 |
| Interviews | 4.20 | 3,864.00 |
| Monitoring Trustee Team Meetings and Communications | 86.90 | 59,054.00 |
| Planning and Project Management | 13.30 | 10,220.00 |
| Travel | 14.10 | 11,985.00 |
| **Total Fees:** | **257.30** | **171,486.00** |

**TIME SUMMARY STONETURN:**

| Name and Description | Title | Hours |
|---|---|---|
| **Edwards, Michele** | **Partner** | |
| Analysis | | 12.7 |
| DOJ Meetings and Communications | | 1.2 |
| Interviews | | 1.2 |
| Monitoring Trustee Team Meetings and Communications | | 13.7 |
| Travel | | 4.6 |
| **Liew, Jason** | **Partner** | |
| Analysis | | .3 |
| Monitoring Trustee Team Meetings and Communications | | 1.6 |
| **Van Houten, Lisa** | **Managing Director** | |
| Analysis | | 77.3 |
| Data/Document Review[1] | | 1.1 |
| DOJ Meetings and Communications | | 1.2 |

---

[1] StoneTurn time billed to Data/Document Review related to review of the existing record; various agreements related to the Final Judgment ("FJ"), Asset Preservation Stipulation and Order ("APSO"), and Divestiture Agreements; and documentation provided by the parties.

hausfeld.com

AMSTERDAM  |  BERLIN  |  BOSTON  |  BRUSSELS  |  DÜSSELDORF  |  LONDON  |  NEW YORK  |  PARIS  |  PHILADELPHIA  |  SAN FRANCISCO  |  STOCKHOLM  |  WASHINGTON, DC

**HAUSFELD**®

| | | |
|---|---|---|
| Interviews | | 1.2 |
| Monitoring Trustee Team Meetings and Communications | | 26.2 |
| Planning and Project Management | | .3 |
| Travel | | 6.8 |
| **Ball, Dana** | **Managing Director** | |
| Analysis | | 19 |
| Data/Document Review[1] | | .2 |
| Monitoring Trustee Team Meetings and Communications | | 16.5 |
| **LaRocca, Lauren** | **Managing Director** | |
| Analysis | | 33.5 |
| Data/Document Review[1] | | 2.8 |
| Monitoring Trustee Team Meetings and Communications | | 14.7 |
| **Levy, Erica** | **Senior Consultant** | |
| Analysis | | 22.8 |
| Monitoring Trustee Team Meetings and Communications | | 15.4 |
| Planning and Project Management | | 1.7 |
| **Nguyen, Thanh** | **Senior Consultant** | |
| Analysis | | 9.7 |
| Monitoring Trustee Team Meetings and Communications | | 1.1 |
| **Staebler, Oscar** | **Consultant** | |
| Analysis | | 4.3 |
| Monitoring Trustee Team Meetings and Communications | | 1.0 |
| Planning and Project Management | | .5 |
| **Luk, Belvon** | **General and Administrative** | |
| Planning and Project Management | | 4.2 |
| **Total hours:** | | **296.8** |

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC

**HAUSFELD**

| Description | Hours | Amount |
|---|---|---|
| Analysis | 179.6 | $ 127,222.50 |
| Data/Document Review[1] | 4.1 | $ 2,970.50 |
| DOJ Meetings and Communications | 2.4 | $ 2,136.00 |
| Interviews | 2.4 | $ 2,136.00 |
| Monitoring Trustee Team Meetings and Communications | 90.2 | $ 65,875.00 |
| Planning and Project Management | 6.7 | $ 2,508.50 |
| Travel | 11.4 | $ 9,915.00 |
| **Total Fees:** | **296.8** | **$ 212,763.50** |

**TIME SUMMARY BATES WHITE:**

Bates White time was spent preparing for, reviewing documents for, and analysis regarding the competitive intensity study.

| Name and Description | Title | Hours |
|---|---|---|
| **Lobel, Scott** | **Partner** | |
| Analysis | | 10.2 |
| Data/Document Review | | 3.0 |
| DOJ Meetings & Communications | | 5.1 |
| Monitoring Trustee Team Meetings & Communications | | 5.2 |
| Planning and Project Management | | 2.9 |
| **Zayats, Slava** | **Partner** | |
| Analysis | | 3.9 |
| Data/Document Review | | 0.5 |
| DOJ Meetings & Communications | | 1.3 |
| Monitoring Trustee Team Meetings & Communications | | 6.8 |
| Planning and Project Management | | 4.5 |
| **Belavadi, Tanmay** | **Senior Economist** | |
| Analysis | | 87.6 |
| Data/Document Review | | 19.5 |
| DOJ Meetings & Communications | | 3.5 |
| Monitoring Trustee Team Meetings & Communications | | 20.6 |
| Planning and Project Management | | 10.0 |
| **Stone, Christopher** | **Senior Consultant** | |
| Analysis | | 16.1 |

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA |
SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC

**HAUSFELD**®

| | | |
|---|---|---|
| Monitoring Trustee Team Meetings & Communications | | 1.3 |
| Planning and Project Management | | 1.2 |
| **Haseeb Bajwa** | **Senior Consultant** | |
| Analysis | | 66.2 |
| Monitoring Trustee Team Meetings & Communications | | 1.1 |
| **Rubenstein, Hannah** | **Consultant** | |
| Analysis | | 0.8 |
| Data/Document Review | | 12.0 |
| Monitoring Trustee Team Meetings & Communications | | 0.8 |
| Planning and Project Management | | 1.2 |
| **Total Hours** | | **285.3** |

| Description | Hours | Professional Fees |
|---|---|---|
| Analysis | 184.8 | $115,925.00 |
| Data/Document Review | 35.0 | $21,472.50 |
| DOJ Meetings & Communications | 9.9 | $9,112.50 |
| Monitoring Trustee Team Meetings & Communications | 35.8 | $29,307.50 |
| Planning and Project Management | 19.8 | $16,607.00 |
| **Grand Total** | **285.3** | **$192,424.50** |

***HAUSFELD LLP EXPENSES:***

| | |
|---|---|
| Travel Related | $408.43[2] |
| Westlaw Usage | $72.23 |
| **Total Expenses due** | **$480.66** |

***STONETURN EXPENSES:***

| | Amount |
|---|---|
| Airfare / Rail | $ 631.41 |
| Car / Cab / Parking / Ground Transportation | $ 262.44 |
| Hotel | $ 486.99 |
| Meals (Employee Travel Related) | $ 69.24 |
| **Total Expenses Due** | **$ 1,450.08** |

[2] Meeting in office.

hausfeld.com

**AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC**

# HAUSFELD

**TOTAL AMOUNT DUE ON THIS INVOICE:**                                    **$578,604.74**

**Payment for services rendered is due within 30 days of receipt of this invoice.**

**PLEASE SEE ATTACHED DETAILS BELOW**

Wiring instructions:
Citibank NA
Account No. 15479862
ABA Routing No. 254070116
Swift code: CITIUS33
Account Name: Hausfeld LLP IOLTA

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA |
SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC

# HAUSFELD®

888 16th Street NW
Suite 300
Washington, DC 20006

**T** +1 202 540 7200

June 17, 2024

L. Page Heslin
ASSA ABLOY Inc.
110 Sargent Drive
New Haven, CT  06511

Invoice: 2002522
Client No: 200063.0001

Page 1 of 5

**Re:  United States of America v. Assa Abloy**

For services rendered in relation to the above-referenced matter April 1, 2024 through April 30, 2024

| Name and Description | Title | Hours |
|---|---|---|
| **Coolidge, Melinda R.** | **Partner** | |
| Analysis | | 2.20 |
| Data Document Review | | 5.60 |
| DOJ Meetings and Communications | | 2.70 |
| Interviews | | 5.40 |
| Monitoring Trustee Team Meetings and Communications | | 10.20 |
| Other | | 1.30 |
| Planning and Project Management | | 4.10 |
| **Durunna, Uchechi** | **Senior Staff Attorney** | |
| Analysis | | 12.50 |
| Data Document Review | | 90.00 |
| Monitoring Trustee Team Meetings and Communications | | 26.00 |
| **Ringeling, Camila** | **Associate** | |
| Data Document Review | | 20.20 |
| Monitoring Trustee Team Meetings and Communications | | 2.60 |
| **Robinson, Elliot** | **Paralegal** | |
| Monitoring Trustee Team Meetings and Communications | | 0.50 |
| Planning and Project Management | | 5.90 |
| **Shin, Jane** | **Associate** | |
| Analysis | | 1.50 |
| DOJ Meetings and Communications | | 1.60 |
| Monitoring Trustee Team Meetings and Communications | | 5.50 |

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC

**HAUSFELD.**

| | | |
|---|---|---|
| Planning and Project Management | | 1.30 |
| **Weick, Daniel** | **Counsel** | |
| Analysis | | 33.60 |
| DOJ Meetings and Communications | | 3.30 |
| Monitoring Trustee Team Meetings and Communications | | 19.40 |
| Planning and Project Management | | 8.20 |
| **Total hours:** | | **263.60** |

| Description | Hours | Amount |
|---|---|---|
| Analysis | 49.80 | 37,559.00 |
| DataDocument Review | 115.80 | 58,856.00 |
| DOJ Meetings and Communications | 7.60 | 6,329.00 |
| Interviews | 5.40 | 4,968.00 |
| Monitoring Trustee Team Meetings and Communications | 64.20 | 43,456.00 |
| Other | 1.30 | 1,196.00 |
| Planning and Project Management | 19.50 | 13,652.00 |
| **Total Fees:** | **263.60** | **166,016.00** |

**TIME SUMMARY STONETURN:**

| Name and Description | Title | Hours |
|---|---|---|
| **Edwards, Michele** | **Partner** | |
| Analysis | | 10.9 |
| DOJ Meetings and Communications | | 2.3 |
| Interviews | | 1.0 |
| Monitoring Trustee Team Meetings and Communications | | 14.0 |
| Reporting | | .7 |
| **Liew, Jason** | **Partner** | |
| Analysis | | .2 |
| Monitoring Trustee Team Meetings and Communications | | .5 |
| **Van Houten, Lisa** | **Managing Director** | |
| Analysis | | 51.7 |
| Data/Document Review[1] | | 2.0 |
| DOJ Meetings and Communications | | 1.7 |
| Interviews | | 2.8 |
| Monitoring Trustee Team Meetings and Communications | | 17.6 |
| Planning and Project Management | | .6 |
| Reporting | | 3.6 |
| **Ball, Dana** | **Managing Director** | |

---

[1] StoneTurn time billed to Data/Document Review related to documentation produced the Parties.

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC

**HAUSFELD.**

| | | |
|---|---|---|
| Analysis | | 2.4 |
| Interviews | | .4 |
| Monitoring Trustee Team Meetings and Communications | | 4.9 |
| **LaRocca, Lauren** | **Managing Director** | |
| Analysis | | 21.7 |
| DOJ Meetings and Communications | | .6 |
| Monitoring Trustee Team Meetings and Communications | | 10.7 |
| Planning and Project Management | | 1.1 |
| **Levy, Erica** | **Senior Consultant** | |
| Analysis | | 30.4 |
| Data/Document Review[1] | | 1.1 |
| Monitoring Trustee Team Meetings and Communications | | 8.7 |
| Planning and Project Management | | 6.0 |
| **Nguyen, Thanh** | **Senior Consultant** | |
| Analysis | | 5.3 |
| Monitoring Trustee Team Meetings and Communications | | .5 |
| **Staebler, Oscar** | **Consultant** | |
| Analysis | | 7.0 |
| Monitoring Trustee Team Meetings and Communications | | 2.5 |
| **Luk, Belvon** | **General and Administrative** | |
| Planning and Project Management | | 3.8 |
| **Total hours:** | | **216.7** |

| Description | Hours | Amount |
|---|---|---|
| Analysis | 129.6 | $ 87,222.00 |
| Data/Document Review[1] | 3.1 | $ 2,065.00 |
| DOJ Meetings and Communications | 4.6 | $ 4,043.00 |
| Interviews | 7.4 | $ 4,495.00 |
| Monitoring Trustee Team Meetings and Communications | 59.4 | $ 44,360.00 |
| Planning and Project Management | 8.3 | $ 4,130.00 |
| Reporting | 4.3 | $ 3,522.50 |
| **Total Fees:** | **216.7** | **$ 149,837.50** |

hausfeld.com

**AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC**

**HAUSFELD**

**TIME SUMMARY BATES WHITE:**

Bates White time was spent preparing for, reviewing documents for, and analysis regarding the competitive intensity study.

| Name and Description | Title | Hours |
|---|---|---|
| **Lobel, Scott** | **Partner** | |
| Analysis | | 10.7 |
| Data/Document Review | | 1.6 |
| Interviews | | 4.0 |
| DOJ Meetings & Communications | | 1.4 |
| Monitoring Trustee Team Meetings & Communications | | 8.4 |
| Planning and Project Management | | 1.7 |
| **Zayats, Slava** | **Partner** | |
| Analysis | | 2.0 |
| DOJ Meetings & Communications | | 1.0 |
| Monitoring Trustee Team Meetings & Communications | | 4.7 |
| Planning and Project Management | | 1.1 |
| **Belavadi, Tanmay** | **Senior Economist** | |
| Analysis | | 112.9 |
| Data/Document Review | | 13.5 |
| Interviews | | 2.2 |
| DOJ Meetings & Communications | | 0.8 |
| Monitoring Trustee Team Meetings & Communications | | 13.8 |
| Planning and Project Management | | 4.8 |
| **Stone, Christopher** | **Senior Consultant** | |
| Analysis | | 27.0 |
| Monitoring Trustee Team Meetings & Communications | | 3.1 |
| **Haseeb Bajwa** | **Senior Consultant** | |
| Analysis | | 53.3 |
| Data/Document Review | | 18.5 |
| Monitoring Trustee Team Meetings & Communications | | 3.6 |
| **Rubenstein, Hannah** | **Consultant** | |
| Analysis | | 1.4 |
| Data/Document Review | | 2.3 |
| Monitoring Trustee Team Meetings & Communications | | 1.1 |

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC

# HAUSFELD.

| Total Hours | | 294.9 |
|---|---|---|
| **Description** | **Hours** | **Professional Fees** |
| Analysis | 207.3 | $129,662.00 |
| Data/Document Review | 35.9 | $21,020.50 |
| Interviews | 6.2 | $5,419.00 |
| DOJ Meetings & Communications | 3.2 | $3,266.00 |
| Monitoring Trustee Team Meetings & Communications | 34.7 | $27,719.50 |
| Planning and Project Management | 7.6 | $6,281.00 |
| **Grand Total** | **294.9** | **$193,368.00** |

***HAUSFELD LLP EXPENSES:***

| | |
|---|---|
| Pacer Usage | $15.30 |
| Westlaw Usage | $407.78 |
| **Total Expenses due** | **$423.80** |

***STONETURN EXPENSES[2]:***                                          **Amount**

| | |
|---|---|
| Airfare / Rail | $ 1,015.23[2] |
| Car / Cab / Parking / Ground Transportation | $    205.71 |
| Hotel | $ 1,077.18 |
| Meals (Employee Travel Related) | $      95.33 |
| **Total Expenses Due** | **$  2,393.45** |

**TOTAL AMOUNT DUE ON THIS INVOICE:**                    **$512,038.03**

**Payment for services rendered is due within 30 days of receipt of this invoice.**

**PLEASE SEE ATTACHED DETAILS BELOW**

Wiring instructions:
Citibank NA
Account No. 15479862
ABA Routing No. 254070116
Swift code: CITIUS33
Account Name: Hausfeld LLP IOLTA

---

[2]Travel expenses relate to an in-person Monitoring Trustee Meeting planning and analysis meeting which occurred in Washington DC on March 19, 2024.

hausfeld.com

**AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC**