# Exhibit 9

| **From:** | Melinda R. Coolidge |
|---|---|
| **To:** | Battaglia, Lauren E.; Cohen-Millstein, Peter; Sega, Eric Richard; Breed, Logan M. |
| **Cc:** | Isaacs, Miranda (ATR); Owen, Jay (ATR); Huppert, Matthew (ATR); Dahlquist, David (ATR) |
| **Subject:** | RE: ASSA ABLOY Monitoring Trustee |
| **Date:** | Monday, June 3, 2024 10:34:20 AM |
| **Attachments:** | image001.png<br>image002.png |

**[EXTERNAL]**
Counsel,

Per Ms. Isaacs' letter of May 31, below is a chart separating the fees billed in the outstanding invoices such that it is clear which fees are related to the compliance workstreams and which are related to the competitive intensity workstreams.

| Invoice number | Month | Hausfeld Total | Hausfeld Compliance Workstream | Hausfeld Competitive Intensity Workstream* | StoneTurn Compliance Workstream | Bates White Total | Bates White Competitive Intensity Workstream* | Bates White Competitive Intensity Benchmarking | Expenses | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2002325 | Oct-23 | $78,101 | $54,776 | $23,325 | $83,130.00 | $50,985.00 | $50,985.00 | N/A | $10.76 | $212,226.76 |
| 2002358 | Nov-23 | $151,090 | $117,684 | $33,406 | $159,512.50 | $123,616.00 | $123,616.00 | N/A | $4,966.85 | $439,185.35 |
| 2002418 | Jan-24 | $165,257 | $150,806 | $14,451 | $306,090.00 | $197,917.00 | $197,917.00 | N/A | $517.32 | $669,781.32 |
| 2002461 | Feb-24 | $146,406 | $121,368 | $25,038 | $161,372.00 | $194,921.50 | $194,921.50 | N/A | $2,480.88 | $505,180.38 |
| 2002473 | Mar-24 | $171,486 | $109,506 | $61,980 | $212,763.50 | $192,424.50 | $73,310.00 | $119,114.50 | $1,930.74 | $578,604.74 |

* Within the competitive intensity workstreams, we have separated work into two categories, as we understood from our meeting on May 28 that ASSA appreciates and does not dispute the need for the monitoring trustee team to gain an understanding of the record in the litigation related to competitive intensity. Fees with an "*" pertain to analysis of the expert reports and the litigation record for purposes of the competitive intensity analysis, as well as project management, planning, and strategy around the competitive intensity analysis and reporting to DOJ on those plans.

We understood from our meeting that ASSA does not believe that the monitoring team should commence any analysis of changes to competitive intensity (including the benchmarking necessary to determine the state of competitive intensity pre-merger and divestiture) until 2026. Bates White commenced this work in March, and the fees related to this analysis ($119,114.50) are broken out separately in the chart above.

We look forward to prompt payment of these invoices in full in accordance with the Final Judgment.

Best regards,

**MELINDA R. COOLIDGE**
US Managing Partner
mcoolidge@hausfeld.com
+1 202-540-7144 direct
*Pronouns: she/her/hers*



888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200

**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

---

**From:** Isaacs, Miranda (ATR) <Miranda.Isaacs@usdoj.gov>
**Sent:** Friday, May 31, 2024 3:18 PM
**To:** Battaglia, Lauren E. <lauren.battaglia@hoganlovells.com>
**Cc:** Melinda R. Coolidge <mcoolidge@hausfeld.com>; Cohen-Millstein, Peter <peter.cohen-millstein@hoganlovells.com>; Sega, Eric Richard <eric.sega@hoganlovells.com>; Breed, Logan M. <logan.breed@hoganlovells.com>; Owen, Jay (ATR) <Jay.Owen@usdoj.gov>; Huppert, Matthew (ATR) <Matthew.Huppert@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>
**Subject:** ASSA ABLOY Monitoring Trustee

Good afternoon,

Please see the attached correspondence.

Sincerely,

Miranda Isaacs
Trial Attorney, Defense, Industrials, and Aerospace Section
Antitrust Division, US Department of Justice
450 Fifth Street NW
Washington, DC 20530