# Exhibit 12

# HAUSFELD

888 16th Street, N.W.
Suite 300
Washington, DC 20006

**Melinda Coolidge**
**US Managing Partner**
E: mcoolidge@hausfeld.com
T: 202.540.7144

March 7, 2024

**CONFIDENTIAL**
**VIA ELECTRONIC MAIL**

Gabriel J. Lazarus, Esq.
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
glazarus@cgsh.com

Logan Breed, Esq.
Hogan Lovells LLP
555 13th Street, NW
Washington, DC 20004
logan.breed@hoganlovells.com

Re:   *U.S. v. ASSA ABLOY AB, et al.*, Case No. 1:22-cv-02791-ACR

Dear Gabriel and Logan,

As the Monitoring Trustee in the above-captioned action, I write to ask ASSA ABLOY AB ("ASSA ABLOY") to produce certain documents and information. As always, the Monitoring Trustee is bound by the Protective Order and will treat any documents and information produced by ASSA ABLOY as "Confidential Information" pursuant to the "Engagement Agreement for Services of Melinda R. Coolidge As Monitoring Trustee" between the Monitoring Trustee and ASSA ABLOY, which was adopted pursuant to Section X.D of the Final Judgment.

The Monitoring Trustee Team's specific requests are enclosed with this letter, and we ask ASSA ABLOY to respond to these requests by the specific dates provided below.

Please let me know if you have any questions about the requests or if you identify any potential hardships associated with formulating ASSA ABLOY's responses (including concerns regarding potential claims of privilege or the burdens of compliance).

Very truly yours,

*/s/ Melinda R. Coolidge*

Melinda R. Coolidge

hausfeld.com

AMSTERDAM   |   BERLIN   |   BOSTON   |   BRUSSELS   |   DÜSSELDORF   |   LONDON   |   NEW YORK   |   PHILADELPHIA   |
SAN FRANCISCO   |   STOCKHOLM   |   WASHINGTON, DC

HAUSFELD.

# DOCUMENT REQUESTS DIRECTED TO ASSA ABLOY

**Document Request AA_DR_06 (Recurring)**

On a monthly or quarterly basis (based on ASSA ABLOY's reporting and meeting frequency), please provide documentation included in ASSA ABLOY's standard business reviews and management reporting packages relating to the smart lock business[1] in the US, including but not limited to:

1) Monthly and quarterly business reviews, sales and marketing reviews, business strategies, business plans, analyses of major customers, product plans, business strategies, or other related management reporting and presentations;
2) Monthly, quarterly, and annual forecasts, budgets, tracking of actuals versus forecast, and metrics used to measure operating results and/or performance. This category includes any forecasts or tracking on sales revenue, sales quantities, costs (disaggregated into as many components as available), and/or profit margins; and
3) Board kits or any other related reports/materials presented to the Board of Directors.

If any of the above categories exist in a form that is not limited to the US, please notify the Monitoring Trustee for further discussion.

Requested Due Date: 5pm ET on Friday, March 22, 2024 [for all business reviews and management reporting packages during January 2022 – February 2024]; and monthly or quarterly thereafter (based on ASSA ABLOY's reporting/meeting frequency).

**Document Request AA_DR_07**

Please provide the Hong Kong and Korea Foreign Acquisition Agreements and all documents referred to, attached, or related to the Hong Kong and Korea Foreign Acquisition Agreements.

Requested Due Date: 5 pm ET on Friday, March 22, 2024

**Document Request AA_DR_08**

Please provide the Vietnam Asset Transfer Agreement[2] and all documents referred to, attached, or related to the Vietnam Asset Transfer Agreement.

Requested Due Date: 5 pm ET on Friday, March 22, 2024

---

[1] The "Smart lock business" refers to ASSA ABLOY's residential, multi-family, and commercial smart lock businesses in the U.S.

[2] The "Asset Transfer Agreement" is defined in the Capital Contribution Transfer Agreement executed on October 19, 2023 as "the asset transfer agreement dated on or about the date hereof between the Company and ASSA ABLOY Smart Technology Vietnam Co., Ltd, a company established under the laws of Vietnam and wholly-owned by the Seller."

2

**HAUSFELD**

**Document Request AA_DR_09**

Please provide the Contract of Liquidation of Assets and Contract on Liquidation of Inventory entered between ASSA ABLOY and ASSA ABLOY Smart Product Vietnam Co., Ltd. (AAVN).[3]

Requested Due Date: 5 pm ET on Friday, March 22, 2024

**Document Request AA_DR_10**

With regard to the Vietnam facility located at Lot A10, Ba Thien II IP, Thien Ke, Binh Xuyen, Vinh Phuc Vietnam, please provide the following resolutions passed by ASSA ABLOY Asia Holding AB, a wholly owned subsidiary of ASSA ABLOY and the then-direct shareholder of the Vietnam entity, effective November 23, 2023:
1) authorizing the transfer of the equity in the Vietnam entity to Master Lock Company LLC ("MLC"), a wholly-owned subsidiary of Fortune Brands;
2) giving MLC the right to appoint its authorized representative as Chairman of the Vietnam entity; and
3) amending the Charter of the Vietnam entity to reflect MLC as the owner of the Vietnam entity, with the right to dismiss and replace the Legal Representative of the Vietnam entity.

Requested Due Date: 5 pm ET on Friday, March 22, 2024

**Document Request AA_DR_11**

Please provide the amended Charter of the Vietnam entity reflecting Master Lock Company LLC (MLC) as the owner of the Vietnam entity, with the right to dismiss and replace the Legal Representative of the Vietnam entity.

Requested Due Date: 5 pm ET on Friday, March 22, 2024

**Document Request AA_DR_12**

Please provide ASSA ABLOY and Fortune Brands' registration of the change of ownership of the Vietnam entity with the Department of Planning and Investment of Vinh Phuc ("DPI") dated December 22, 2023 and the "Letter of Confirmation" received from the Vinh Phuc Business Registration Division granting "adjustments to the enterprise registration information."[4]

---

[3] Per Gabriel Lazarus on December 28, 2023, "[b]etween July 13 and August 31, 2023, ASSA ABLOY moved out of the facility occupied by AAVN, relocating its inventory and equipment (and entered into a Contract of Liquidation of Assets and a Contract on Liquidation of Inventory)."

[4] On February 7, 2024, Gabriel Lazarus provided a document named "Registration of change of ownership submitted to Vietnamese authority (updated)" dated November 27, 2023 which appears to be a "notification" by AAVN to the DPI requesting the DPI to grant a "Letter of Confirmation of adjustments to enterprise registration information reflecting MLC as the new owner of AAVN."

3

**HAUSFELD**

Requested Due Date: 5pm ET on Friday, March 22, 2024

**Document Request AA_DR_13**

Please provide ASSA ABLOY and Fortune Brands' applications for the following filings, including the date that each filing application was submitted to the Vietnamese regulatory authority:

1) M&A Approval
2) Enterprise registration certificate ("ERC")

Requested Due Date: 5 pm ET on Friday, March 22, 2024

**Document Request AA_DR_14**

Please provide documentation to evidence formal approval of the amended Enterprise Registration Certificate ("ERC"), once received from the Vietnamese government.

Requested Due Date: Within 3 business days of receipt of approval from the Vietnamese government.

**Document Request AA_DR_15.**

Please provide documentation to evidence the release of the US $23,500,000 purchase price (paid by an affiliate of Fortune Brands in consideration for the transfer of ownership of the shares of the Vietnam Entity) from the escrow account at JP Morgan Chase Bank, N.A. to ASSA ABLOY's designated bank account upon issuance of the amended Enterprise Registration Certificate ("ERC"). Please also provide an explanation and supporting documentation relating to all true-ups and post-closing adjustments.

Requested Due Date: Within 3 business days of the release of the purchase price from the escrow account at JP Morgan Chase Bank to ASSA ABLOY.

**HAUSFELD**

# INTERROGATORY REQUESTS DIRECTED TO ASSA ABLOY

**Interrogatory Request AA_IR_06**

Please provide the Monitoring Trustee regular and timely status updates relating to the approval of the Enterprise registration certificate ("ERC") from the Vietnamese government including when the US$23,500,000 purchase price has been released from the escrow account at JP Morgan Chase Bank, N.A to ASSA ABLOY's designated bank account.

Requested Due Date: Within 1 business days of receipt of approval from the Vietnamese government.

**HAUSFELD**

## MEETING REQUEST DIRECTED TO ASSA ABLOY

**Meeting Request**

- Meeting with Cassandra Song, Finance Director Asia Smart Residential – Responsible for accounting for and segregating profits generated from the Smart Lock Foreign Divestiture Assets for the benefit of Fortune Brands "[f]rom June 20, 2023 until the Transfer of Smart Lock Foreign Divestiture Assets on December 22, 2023."[5]

---

[5] *See* ASSA ABLOY's "compliance summary" submitted by Gabriel Lazarus on January 26, 2024.