UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff*,<br><br>v.<br><br>ASSA ABLOY AB<br><br>and<br><br>SPECTRUM BRANDS HOLDINGS, INC.<br><br>*Defendants*. | Case No. 1:22-cv-02791-ACR |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated July 9, 2024, the Parties and the Monitoring Trustee respectfully submit the following status report. The Parties, the Monitoring Trustee, and Fortune Brands Innovations, Inc. ("Fortune") met and conferred in-person on July 11, 2024, to discuss: "(1) how to benchmark competitive intensity and the documents needed to do so, (2) a process for Assa Abloy to produce the relevant data through the June 2023 divestiture date, and (3) the Monitoring Trustee's revised budget."

With the guidance the Court provided during the Status Conference held on July 9, 2024, the Parties, the Monitoring Trustee, and Fortune had productive discussions regarding each of these issues. Following the July 11, 2024 conference, ASSA ABLOY AB ("ASSA ABLOY") and the Monitoring Trustee exchanged written proposals detailing their respective positions on each of the aforementioned topics. All participants believe continuing these discussions may ultimately narrow or eliminate the instant disputes regarding these issues. Accordingly, the Parties and the

1

Monitoring Trustee respectfully request that the Court reschedule the Status Conference set for July 17, 2024, to July 26, 2024, in order to allow for further good faith discussions. If acceptable to the Court, the Parties and the Monitoring Trustee will provide a joint status report on July 25, 2024, that outlines any remaining areas of dispute.

Separately, pursuant to this Court's Minute Order dated July 9, 2024, and the Court's oral orders during the July 9, 2024 Status Conference: (i) ASSA ABLOY has established a single in-house point-person for the Monitoring Trustee to contract regarding her requests; and (ii) on July 15, 2024, ASSA ABLOY's escrow agent delivered $2,771,165.75 to the Monitoring Trustee, reflecting the balance of the outstanding invoices, less a five percent write-off from the Monitoring Trustee.

Dated: July 16, 2024                                                            Respectfully submitted,

| | |
|---|---|
| */s/ Matthew Huppert* | /s/ *Justin W. Bernick* |
| Matthew R. Huppert | Justin W. Bernick (D.C. Bar No. 988245) |
| Miranda Isaacs | Lauren E. Battaglia (D.C. Bar No. 1007093) |
| Benjamin L. Rudofsky | Charles A. Loughlin (D.C. Bar No. 448219) |
| Trial Attorneys | William L. Monts, III (D.C. Bar No. 428856) |
| UNITED STATES DEPARTMENT OF JUSTICE | **HOGAN LOVELLS US LLP** |
| ANTITRUST DIVISION | 555 Thirteenth Street, NW |
| 450 Fifth Street N.W., Suite 8700 | Washington, D.C. 20004 |
| Washington, DC 20530 (202) 476-0383 | (202) 637-5600 |
| Matthew.Huppert@usdoj.gov | justin.bernick@hoganlovells.com |
| | |
| David E. Dahlquist | /s/ *David I. Gelfand* |
| Senior Litigation Counsel | David I. Gelfand (D.C. Bar No. 416596) |
| UNITED STATES DEPARTMENT OF JUSTICE | Daniel P. Culley (D.C. Bar No. 988557) |
| ANTITRUST DIVISION | **CLEARY GOTTLIEB STEEN &** |
| 209 South LaSalle Street, Suite 600 | **HAMILTON LLP** |
| Chicago, Illinois 60604 | 2112 Pennsylvania Avenue, NW |
| (202) 805-8563 | Washington, D.C. 20037 |
| David.Dahlquist@usdoj.gov | (202) 974-1500 |
| | dgelfand@cgsh.com |
| *Counsel for Plaintiff* | |
| *United States of America* | *Counsel for Defendant ASSA ABLOY AB* |

*/s/ Melinda R. Coolidge*
Melinda R. Coolidge
HAUSFELD LLP
888 16thStreet, N.W.
Ste 300
Washington, D.C. 20006
(202) 540-7144
mcoolidge@hausfeld.com

*Monitoring Trustee*