IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ASSA ABLOY AB, *et al.*,<br><br>*Defendants*. | Civil No. 1:22-cv-02791-ACR |

### NOTICE OF PLAINTIFF'S INTENT TO SEEK CLARIFICATION

Pursuant to the Court's direction at the hearing held on June 17, 2025, the United States hereby answers the Court's question what, if any, action the United States would take if the Court were to deny the Motion for Limited Intervention by Fortune Brands Innovations, Inc., ECF No. 158. In that event, the United States would move for the same clarification Fortune Brands has sought regarding Sections V(K) and VI (K) of the Final Judgment.

Dated: June 18, 2025

Respectfully submitted,

  /s/ *Matthew Huppert*
Matthew R. Huppert
Miranda Isaacs
Trial Attorneys
UNITED STATES DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 Fifth Street N.W., Suite 8700
Washington, DC 20530
Telephone: (202) 476-0383
Email: Matthew.Huppert@usdoj.gov

*Counsel for Plaintiff United States of America*