IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ASSA ABLOY AB, *et al.*,<br><br>*Defendants.* | Civil No. 1:22-cv-02791-ACR |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Matthew R. Huppert respectfully notifies the Court of his withdrawal as counsel for Plaintiff United States of America in *United States v. ASSA ABLOY AB*, *et al.*, Case No. 1:22-cv-02791.

Dated: October 15, 2025

                                              Respectfully submitted,

                                                /s/ *Matthew Huppert*
                                            Matthew R. Huppert
                                            (D.C. Bar # 1010997)

                                            Trial Attorney
                                            UNITED STATES DEPARTMENT OF JUSTICE
                                            ANTITRUST DIVISION
                                            450 Fifth Street N.W., Suite 8700
                                            Washington, DC 20530
                                            Telephone: (202) 476-0383
                                            Email: Matthew.Huppert@usdoj.gov

                                            *Counsel for Plaintiff United States of America*